**FILED**
SEP 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kabil Anton DJENASEVIC #41112-018
    Plaintiff, Pro Se USP. ALLENWOOD
    POB 3000
    White Deer, Pa. 17887

Case: 1:07-cv-01685
Assigned To : Unassigned
Assign. Date : 9/24/2007
Description: FOIA/Privacy Act

CASE RE-ASSIGNED
OCT 26 2007
TO: ROBERTS, RWR

-v-

Excutive UNITED STATES ATTORNEY's OFFICE
U.S. State Department
US Attorney's Office ( Tampa,Fla. )
David Weisbrod,Esq. Attorney at Law ( Tampa,Fla. )
Drug Enforcement Agency (Wash.Dc.)(Main Office)
Federal Bureau ot Investigations (Wash.Dc,Excutive Branch)
Federal bureau of Prisons (Washington DC)

                         Complaint

" Motion & Brief InSupport "
Tile 5 USC § 552a (g)(1)(c),(g)(4)
Challenging The [ "VALIDNESS"] of
Records used the Draw ADVERSE DECISION(s)
& SUPPORT EXTRADITION from ANOTHER COUNTRY
violation of 40 Fed. Register 28,948 , 40 Fed.
Register 28,964   " Maintance of Accurate Records "

Date : August 24-07

Sworn & Submitted 28 USC § 1746

KABIL ANTON DJENASVIC # 41112-018
USP ALLENWOOD
P.O.Box  3000
White Deer,Pa. 17887

**RECEIVED**
AUG 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sellers -v- B.O.P. , 959 F2d. 307 at 308 N.3 & 4 (D.C.Cir 1992)
Note# 4 : As Long as Information contained in
[ " FILE ' ] is capable of being verified
then , under Privacy Act  , agency must
take reasonable steps to maintain accuracy
etc.etc. 5 USCA § 552a (g)(1)(c),(g)(4)

1

## " COURT'S AUTHORITY TO REVIEW "

### A.) JURISDICTION

1.) <u>JURISDICTION & VENUE</u> : IS within " FederalJudicial District FOR The District of Columbia." " RECORDS EXISTED IN & MAITAINED." By " SEVERAL EXCUTIVE BRANCH AGENCIES." within the FederalJudicial District of Columbia . " 40Fed.register 28,948." " 40Fed.Reg. 28, 964 , **Title 5 U.S.C. § 552a et.seq.** :

2.) " INFORMATION " is located within his " CENTRAL FILE " maintained By " B.O.P. Central Office " , " US STATE DEPARTMENT " , EXCUTIVE OFFICE of US ATTORNEY / Solicitor General's Office , Drug Enforcement Agency et al ; who all maintain their Offices in The Federal Judicial District of Columbia , that was used to [ **DRAW ADVERSE DECISION** ] against the Plaintiff , where his Custody was effected by such ....

Note : See    <u>Toolasprshad -v- B.O.P. , 286 F3d. 576 ( DC Cir 2002)</u>
              <u>DOE -v- Unite States , 821 F2d. 694(DC Cir 1987)</u>
              <u>DETERS -v- US Parole Com'n , 85 F3d. 655 (DCCir 1996)</u>

### B.) UNITED STATES CODE

1.) Title 5 U.S.C. §  552a  (g)(1)(c).
2.) Title 5 U.S.C. §  552a  (g)(4)

### C.) UNITED STATES CONST. AMend .

1.) Fifth Amendment
2.) Sixth Amendment
3.) Fourteenth Amendment
4.) Equal Protection Clause
5.) Equal Application

Note :  <u>Wiliokinson -v- Dotson 161 Led 2d. 253 ( 2005)</u>
        US Supreme Court "HELD " Exhaustion Policy  [ **DOES NOT** ]
        APPLY  when Law Policy violates a vested  Constitutional
        RIGHT

2

" CASE LAW INSUPPORT of COMPLAINT "                              Pg.

1.) Allah -v- Seiverling
    229 F3d. 220 ( 3rd.Cir.2000)............................  8

2.) Billington -v- US D.O.J.
    344 US App 53 ( 2000 App.) ............................  5

3.) Deters -v- US Parole Com'n
    85 F3d. at 658 ( DC Cir. 1996) ........................  5,7

4.) Parker -v- D.O.J..
    968 F2d. 1276    ......................................  5

5.) Sellers -v- B.O.P.
    959 F2d. 309 ( DC Cir 1992) ...........................  5

6.) Trulock -v- D.O.J.
    257 F.Supp.48 ( DC 2003) ..............................  5

7.) Razzoli -v- Swinson
    225 F3d. 650 ( 3rd.Cir 2000) ..........................  5

8.) Razzoli -v- B.O.P.
    230 F3d. 371 ( DC.Cir 2000) ...........................  5

9.) Wiesman -v- C.I.A.
    565 F2d. 692 (DC 1977) ................................  5

10.) US D.O.J. -v- Julian
     100 LEd 2d. 1 ( 1986) ................................  5

" UNITED STATES CONST. AMENDMENTS "

   1.) First Amend. ...........   6
   2.) Fourth Amend. .............   6
   3.) Fifth Amend. .................   6.
   4.) Sixth Amend. .....................   6
   5.) Eighth Amend. ...........................   6
   6..) Fourteenth Amend ...........................   6

Morello -v-James   810 F2d. at 345 Note # 3  ( 2nd Cir 1987)
Allah -v- Seiverling , 229 F3d. 220 ( 3rd. Cir 2000)
Thaddeus X -v- Blatter , 175 F3d. 378 ( 6th Cir 1999 ) Note #12 at
380 .., which allows for inmate assistance to manufacture Legal Briefs.

## " QUESTIONS PRESENTED TO THE COURT "

1.) " DID " ,US STATE DEPARTMENT [ proffer ] " FALSE & MISLEADING " Statements to another Country's EMBASSY for EXTRADITION to the UNITED STATES via " INTERNATIONAL EXTRADITION TREATY " for a person within their jurisdiction ( SOUTH AFRICA ) , where even the alledged Party was a " CITIZEN of MONTENEGRO " and not of the sending COUNTRY of SOUTH AFRICA .....

2.) " DID " US DRUG ENFORCEMENT AGENCY & US ATTORNEY 's OFFICE have knowledge of an " ENTRAPMENT / CREATED INCIDENT " by an informant working under cover that [ drafted & maintained ] such references in it's files and transmitted to SOUTH AFRICAN EMBASSY to obtain the Custody of the Pro Se Plaintiff ??????

3.) " DID ", the State of Florida & Drug Enforcement Agency(s) constructively [ amend ] without leave of the Court Consent decree's to search BANK(s) for " SAFE DEPOST BOXES
   ie : January 3, changed to Jan 4 & changed BANK NAMES
   from B.O.F.A. to UNION BANK .......... YEAR of 2001

4.) Was "CONSENT DECREE " [ COERCED ] by via Threats of INDICTING PLAINTIFF's FIANCE if he refused to consent ????

5.) Was there in existence " STATEMENTS COERCED " , that was referanced and now no where to be FOUND ?????????? with Alleged Consent form for Search !?

### " SWORN AFFIDAVIT IN SUPPORT "

I Kabil Anton Djenasevic , do so swear under the Laws of Perjury that the above " 5 Items Listed question " are present and [ did ] occur on the Listed dates and was provided to South Africe for my EXTRADITION ....

Also, I am a "NATURALIZED/BORN Citizen "of the Country of MONTENEGRO !

I [did not ] committ no drug crimes in " SOUTH AFRICA " nor originating from SOUTH AFRICA to the US and or it's related territories !!!. to warrent any type of "EXTRADITABLE OFFENSE " that might be parallel to South AFRICA LAWS that would trigger my expulsion from such country where I was only residing and not a citizen of !!

I DO SO SWEAR THIS AFFIDAVITT is TRUE , ACCURATE & Correct to the best of my knowledge and presented in compliance with 28 U.S.C. § 1746

Date : August 24-07                    Sworn & submitted By : Kabil Anton Djenasevic

4

I.) ARGUMENT

Plaintiff " Pro Se " KabilAnton Djenasevic argues the need for a " Notes " ,INTERNATIONAL TELEPHONE TAPES , and Documents maintained in the " ABOVE " listed Defendants' files that [ DOES EXIST ] to prove " False and or Misleading " Document(s) tthat was used to circumvent "JURISDICTIONALBOUNDERIES " madated by INTERNATIONAL LAW therefore " TRIGERING " a [ "VAHN INDEX " ] to ascertain the impact these False/Inaccurate caused and to the exstent these document(s) are needed to [ Cure ] the " ADVERSE DECISIONS " drawn ..........
   Note :This is not a challenge of my conviction ...!!!!!

1.) Plaintiff Djenasevic , argues that his conviction **is not** being challenged , and the "RECORDS " are /was used to Draw Adverse Decision, towards him by the listed defendants in his complaint !

2.) It is "CLEAR & APPARENT " the ( **EXHIBIT(s) ATTACHED** ) defendants are within the " JURISDICTIONAL BOUNDERIES " For the Judicial District of COLUMBIA " where the asaid "DOCUMENTS " are maintained by US STATEPEPARTMENT et al; and requires the Court's Power to CATOLOG and Possiblely review [ IN CAMERA ] the asiad document(s) /File(s) toascertain within policy / Congressional Intent of 5 USC § 552a et seq " SELLERS -v- US BUREAU of Prisons ", 959 F2d. at 311 , Deters -v- US PArole Com'n 85 F3d. at 658 , Parker-v- D.O.J., 968 F2d.1276 Billington -v-US.D.O.J. 344 US App.DC 53 (2000App.) ,US D.O.J.-v- Julian , 100 LEd 2d. 1 ( 9th.Cir 1986) , TRulock -v- D.O.J, 257 F.Supp 48 DC DC 2003) , Wiesman -v- C.I.A. 565 F2d. 692 (DC.DC. 1977)
Court in Trulock 257 F.Supp. 48 Note 1-4 (D.DC 2003) :
    C.I.A. ,was ORDERED to| produce ] documents
    tor "IN CAMERA." review etc 5 USC §552 et seq.
    5 USCA § (a)(4)(B)
Therefore Plaintiff , meets [ all ] perimiters of COURT"S REQUIREMENTS for " VAHN INDEX / INCAMERA HEARING " duetothe " MISSING "

STATEMENTS and "CHANGING of DATES " does warrent such a Hearing and to " APPOINT COUNSEL " pursuant to what was held in RAZZOLI -v- B.O.P. 230 F3d. 371 ( DC Cir 2000) Reversed & Remanded for further procceedoness Also Razzoli -v- Swinson , 225 F3d. 650 ( 3rd. Cir. 2000) ( REVERSED & Remanded /ORDERED RELEASED ) 00-cv-1417 ( EMPHASIS ADDED ) ! Where as in Razzoli ,the Court Held ONE [ MUST PRODUCE ] the DOCUMENTS for review or " REMOVE THE MENTION " of the asaid used Document(s) which are used todraw and " ADVERSE DECISION " [ against ] which even the Court in " Toolasprashad -v- B.O.P." 286 F3d. 576 ( DC.Cir 2002) was very concerned and ( REVERSED & REMANDED ) also on other related grounds that is quasi parallel to the case at bar ( EMPHASIS ADDED ) ! 40 Fed.Reg. 28,948 & 28 ,964 To also be " EQUALLY APPLIED to Protect the full meaning of what the CONGRESSIONAL INTENT 's " TRUE MEANING [I]s and not close the Door ,due to " PRIVACY ACT / 5 USC § 552a et.seq. " is to protect From FALSE and INACCURATE RECORDS , where if such is suborned , then we " DILUTE & POLLUTE " the TRUE MEANING OF a DEMOCRATIC SOCIETY " and [ not ] ENFORCE but "ABOLISH THE UNITED STATES CONSTITUTIONALSAFE GUARDS " setforth in " 1st.,4th. 5th.,6th , 8th. 14th. AMEND USCA ." and teeter into a COMMUNIST STYLE GOV'T / SOCIETY as was in OLD COLD WAR DAYS (EMPHASIS )

Therefore [ REQUIRING ] STATE Dept., US ATTORNEY (Exct.Branch) et al; to be present and [ **produce all files** ] **since such was proffered to a FORIEGN NATION ( SOUTH AFRICA )** to obtain Custody of the Plaintiff Kabil Anton DJENASVIC ( NON LAWYER TYPE ) who's LEGALknowledge of US LAWS are and was 0 % at the time of " HIS REQUESTED EXTRADITION "by U. S STATE DEPARTMENT thru Diplomatic Channels that requires strict promise & preformance and adherance to "INTERNATIONALLAWS as wwell as US EXTRADITION LAWS " There fore [] again[] requiring the " INCAMERA HEARING & VAHN INDEX "

6

## II.) ARGUMENT

Plaintiff "ARGUES", that [ALL]defendants' relied & used " FALSE & Misleading " information provided by other Gov't Agency Employees who's use of PERSUASSION & TRICKERY inconjunction with the integrity of the US STATE DEPARTMENT , obtained custody of a Citizen of Montenegro , who was in The Country of South Africa where such " DOCUMENTS are still being used to DRAW ADVERSE " [against ] Plaintiff, violation of 5 USC § 552a (g)(1)(c),(g)(4) 40fed.Reg.28 ,948 & 28,964 !

---

Plaintiff Djenasevic , argues that the defendant(s) US ATTORNEY's OFFICE Excutive Branch , F.B.I. Washington DC , D.E.A. Washington DC , Federal Bureau of Prisons and other mentioned defendant(s) have in the past used and still use and | maintain | in their files that was manufactured by other employees " RECORDS " that are FALSE & or INACCURATE that runs afoul with what this " DISTRICT OF COLUMBIA COURT of APPEALS " Judge Tatel settled in "Toolasprashad -v- B.O.P.," 286 F3d. at 578 Notes 12 & 13 .

> Note 13 : Reasonablereliance by some employees |cannot| immunize an agency from the Privacy Act Consequences of employing other individuals who, delibrately Falsify records 5 USCA § 552a ..

Where the use of "MEMO (s) " drafted by several Law Enforcement Agency(s) that was then Trafficed/routed thru Diplomatic Corp. then used by another Country ( SOUTH AFRICA) to violate a Montenegro Citizen who was in South Africa at the time and EXTRADITED FROM ( EMPHASIS ADDED ) ! such also runs afoul of the " DETER STANDARD " Deter -v- US , 85 F3d at 660 ( DC cir 1996 ) which is applied thru numerous other cases that dealwith several issues that are at bar , again this should be addressed via a HEARING & REVIEW of " STATE DEPARTMENT RECORDS " , Excutive US ATTORNEY OFFICE WASHINGTON DC. , CENTRALOFFICE of FederalBureau of Prisons (Wash.DC . S.I.A. FILES ) , and take a look at N.S.A. FILES Wash.DC et al;

---

DOOLITTLE -V- US D.O.J. , 142 F.Supp.2d.281 ( ND.NY.2001)

## "CONCLUSION"

Based upon Plaintifs "ENCLOSED AFFIDAVITT INSUPPORT." and the need For an "INCAMERA HEARING" to assess the damage & inaccuraccvies in the Files we "BELIEVE" [ APPOINTMENT OF COUNSEL ] and Disclosure of such needed filesthat even the Federalbureau of Prisons maintains and used/uses at USPALLENWOOD to "DRAW ADVERSE DECISION (s)" sotherefore requires a HEARING and to see howmuch information was gotten by such "ILLEGAL INTRUSION" and "FALSE INFORMATION GATHERING" (EMPHASIS ADDED ) !
submitted under the Standards setforth in Morello -v- James 810 F2d. 347 Allah -v- Seiverling 229 F3d. 220 (3rd. cir 2000)  & 28 USC § 1746 !

Date : August 24-07

Sworn & submitted By:

Kabil Anton Djensavic# 41112-018
USP ALLENWOOD
P.O. Box 3000
White Deer, Pa. 17887

8