UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KABIL ANTON DJENASEVIC    )
                          )
    Plaintiff             )
                          )   Civil Action No. 07- 1685 RWR
    v                     )
EXECUTIVE OFFICE FOR UNITED )
STATES ATTORNEYS, ET AL   )

## REASSIGNMENT OF CIVIL CASE
### (non-calendar committee)

The above entitled action was assigned on October 26th, 2007 from Unassigned (9098)

to Judge Roberts because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC: Judge Roberts
& Courtroom Deputy