**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Federal Bureau of Prisons
320 First St., NW
Washington, DC 20534

Civil Action, File Number __07-1685 RWR__

Kabil Anton Djenasevic
~~XXXXXXXXXXXXXXXXXXXXXX~~

V.

Executive Offic for US Attorneys, et al

rved pursuant to the Federal Rules of Civil Procedure.

ent part of this form below, AND RETURN COPIES 1 AND 2 to the sender within
rpose. Keep copy 3 for your records.

NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
other entity, you must indicate under your signature your relationship to that entity. If
authorized to receive process, you must indicate under your signature your authority.

2 of this form to the sender within ___ days, you (or the party on whose behalf you
incurred in serving a summons and complaint in any other manner permitted by law.

f this form, you (or the party on whose behalf you are being served) must answer the
were sent. If you fail to do so, judgment by default will be taken against you for the

otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

OF RECEIPT OF SUMMONS AND COMPLAINT
d a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 USMS District Suspense

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number __07-1685 RWR__

__Kabil Anton Djenasevic__
V.
__Execut. Office for US Attys. et al__

The enclosed ... erved pursuant to the Federal Rules of Civil Procedure.

... ment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ... purpose. Keep copy 3 for your records.

... KNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ... or other entity, you must indicate under your signature your relationship to that entity. If ... re authorized to receive process, you must indicate under your signature your authority.

... nd 2 of this form to the sender within ___ days, you (or the party on whose behalf you ... s incurred in serving a summons and complaint in any other manner permitted by law.

... of this form, you (or the party on whose behalf you are being served) must answer the ... ts were sent. If you fail to do so, judgment by default will be taken against you for the

Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_Signature (USMS Official)_

... T OF RECEIPT OF SUMMONS AND COMPLAINT
... ived a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

---

(Domestic Return Receipt / USPS Form 3811, February 2004, attached:)

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: NOV 02 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 102595-02-M-1540