**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
US State Department
2201 C Street, NW
Washington, DC 20520

Civil Action, File Number __07-1685 RWR__

__Kabil Anton Djenasevic__

V.

__Executive Office For US Attys., et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

[...] part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [...]pose. Keep copy 3 for your records.

[...]NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [...] other entity, you must indicate under your signature your relationship to that entity. If [...] authorized to receive process, you must indicate under your signature your authority.

[...] 2 of this form to the sender within ___ days, you (or the party on whose behalf you [...] incurred in serving a summons and complaint in any other manner permitted by law.

[...] this form, you (or the party on whose behalf you are being served) must answer the [...] were sent. If you fail to do so, judgment by default will be taken against you for the

[...]otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

### OF RECEIPT OF SUMMONS AND COMPLAINT

[...]ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US State Department
2201 C Street, NW
Washington, DC 20520

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540