UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

RECEIVED
DEC - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kabil Anton Djenasevic
   Plaintiff , Pro se

Judge : Roberts

Case#: 07cv-1685 RWR

-v-

MOTION & BRIEF INSUPPORT

US STATE Dept et al;
   Defendant(s)

>           Plaintiff's Request For Motion
>           To Expidite Service & ORDER
>           Response to [ all ] pending Motions
>           & Response to Complaint, Discovery &
>           Admissions Timely Filed Pursuant to
>           Federal Rules of civil Procedure ....

---

Comes now the Plaintiff , Pro Se Kabil Anton Djenasevic hereby moves this Honorable Court for issuance of " RESPONSE " to all [ outstanding ] dispositive issues before this Court , that is now " **RIPE FOR ADJUDICATION** " , such is in accordance with US SUPREME COURT held/applied in " Texas -v- US " 140 Led 2d. 406(1998) that also has addressed/enforced the Ripeness Doctrine which must be applied pursuant to " STARE DECISIS & EX POST FACTO CLAUSE US Const. Art 1 § 9 cl.3 , that was " CLEARLY INTERPERTED & APPLIED " Lyons -v- Mendez " 303 F3d. at 287 [ 1-3 ] , Weaver -v- Grabam , 67 Led.2d. 17(1981) , " DC Circuits Opinion by Judge Tatel " Filed April 19 , 2002 where such case was " ORDERED REVERSED & REMANDED WITH INSTRUCTIONS " that encompasses so of the very same " TACTICS FROWNED UPON BY THIS CIRCUIT " see case of " Toolasprasbad -v- B.O.P. " 286 F3d. at 578 N.12 & 13

1

that Judge Tatel , had " ADMONISHED_GOV'T's_AGENCIES_USE_OF_EMPOYEES_"
to manufacture  FALSE & or MISLEADING MEMORANDUMS , to  " COVER UP for
some of the very actions that are addressed in this instant complaint
ripe for adjudication & service .... ( EMPHASIS ADDED ) !

> QUESTION :..... Money/Financial Paperwork has been filed
> with the Court & PRE-TRIAL ISSUES setforth
> in a Timely Manner ., and  NO RESPOMSE FROM
> DEFENDANTS ????
>
> ANSWER :........ COURT , must EQUALLY APPLY & ENFORCE THE
> requested relief that is pending before
> the Court that **DOES NOT CHALLENGE THE
> CONVICTION , but RECORDS USED TO DRAW
> ADVERSE DECISIONS towards Plaintiff !**

**Defendant(s) , cannot** in any persuasive manner that is legal and ethical
convince the  TRIER_of_FACT  , that  his " MEMO's SUBMITTED " to another
Country's Law Enforcement Agency can meet any standards of a Summary_
Dismissal or 12(b)(6) , since the Court in Toolasprasbad_at_584_[_16-28]
states at 585 " FINALLY ,we are_not  persuaded that the Bureau's_Memo's
was not binding etc.,etc,. which now encroaches on the_DC_Circuit_Courts
application of  " 5_USC_§_552a_" and it's subsections setforth in the
[ earlier standards ] in Deters 85 F3d. at 658  ( EMPHASIS ADDED )

We now  [ must ] in the interest of Justice_&_Equal_Protection_of_Law_
" ORDER " the  response , admissions and discovery to  " MARSHAL_FACTS_"
and show the Court , the  " Violations_of_Mode code_of_Prof'l_Resp.__
" DR_7-102.A.4_" , and Gov't's ACts of Malfeasance to_obtain_the_transfer
from one Country to another via use of  " FALSE_&_MISLEADING_DOCUMENTS_"
which goes agianst the  " CORE MEANING " of Congressional Intent outlined
in  OMB_GUIDELINES_govering_Privacy_Act_,_40_Fed.Reg._28,948_&_28,964_that
carries the Force of Law & STARE DECISIS must apply (EMPHASIS ADDED)

## "C O N C L U S I O N"

Based upon the time elapsed and the need for enforcement of law policies that was adhered to by the Plaintiff Djenasevic ,who's not a citizen , but " EXTRADITED BY USE OF FALSE MEMO(s) by several Gov't Agency(s) that are CORRECTLY NAMED as defendant(s) and a Chrono of Events & Statement of Fact with Exhibits filed earlier on with the initial plaedings  we [ must ] ask this Court to exercise it's AUTHORITY which is  " WELL GROUNDED & SUPPORTED BY CONGRESSIONAL INTENT " setforth in 5 USC § 552a  & US Const.Art 1 § 9 cl.3 , 10 also the US CONSTITUIONAL AMENDMENTS  " 1st. 4tb.,5tb.,6th.,8tb.,14tb. USCA "

So prays the Plaintiff PRO SE    !

Date : November 29th 2007          Respectfully submitted By:

                                   */s/ Kabil Anton Djenasevic*
                                   Kabil Anton Djenasevic
                                   41112-018
                                   USP Allenwood
                                   P.O.Box 3000
                                   White deer,Pa.17887

3

UNITED STATES DISTRICT COURT
FOR DISTRICT of COLUMBIA

Kabil Anton Djenasevic
  Plaintiff ,Pro Se

Judge : ROBERTS

CASE: 07-cv-1685 RWR

-v-

US STATE DEPT. et.al;
  Defendant(s)

" O R D E R "

Date:_____

1.) Clerk of Courts is " DIRECTED " to serve the Complaint on the DEFENDANT(s) & Solicitor General for the UNITED STATES with a " 21 Day Response " ...

2.) Court so " ORDERS & DIRECTS " the defendant(s) to respond to 1.) ADMISSIONS Timely Filed , 2.) Discovery Timely filed and to make available to the " Plaintiff Djenasevic's Counsel APPOINTED by this Court and or if " LEGAL ATTACHE for MONTENEGRO " wishes to intervene they are directed to turn over to such pursuant to Law !

3.) Clerk of Court is hereby directed to CALANDER THIS CASE for the earliest date possible to have " PRE-TRIAL CONFERANCE " and possible resolution , and avoid trial , and to APPOINT GEORGE TOWN LAW SCHOOL to represent this " INTERNATIONAL LAW MATTER " , since criteria of § 3006(a) is met and such plaintiff is indigent & not a citizen ...

4.) US MARSHALS shall obtain custody pursuant to Writ ADTESTIFICANDUM/ ADPROSEQUINDUM 28 USC § 2241(c)(5) bring him to Federal holding Center in the Greater Washington DC AREA to confer with counsel within 14 days of HEARING DATE ..... IT IS SO ORDERED !

ORDERED BY:

# CERTIFICATE OF SERVICE

I, **KABIL, Anton Djenasevic**, hereby certify that I have served a true and correct copy of the foregoing:

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this **29th** day of **November, 2007**.

Respectfully Submitted,

*[signature]*

REG. NO. **41112-018**