UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KABIL A. DJENASEVIC, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Civ. Action No. 07-1685 RWR |
| ) | |
| EXECUTIVE UNITED STATES ) | |
| ATTORNEY'S OFFICE ) | |
| U. S. STATE DEPARTMENT ) | |
| US ATTORNEY'S OFFICE ) | |
| DAVID WEISBROD, ESQ., ) | |
| DRUG ENFORCEMENT AGENCY ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATIONS ) | |
| FEDERAL BUREAU OF PRISONS ) | |
| ) | |
| DEFENDANTS. ) | |

**PRAECIPE**

Federal Defendants respectfully request that the Clerk of the Court enter the appearance of Assistant United States Attorney Benton G. Peterson.

Respectfully submitted,

_____/s/_____

Benton G. Peterson, Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238
Benton.Peterson@usdoj.gov