UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KABIL A. DJENASEVIC , | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) Civ. Action No. 07-1685 RWR |
| | ) |
| EXECUTIVE UNITED STATES | ) |
| ATTORNEY'S OFFICE | ) |
| U. S. STATE DEPARTMENT | ) |
| US ATTORNEY'S OFFICE | ) |
| DAVID WEISBROD ,ESQ., | ) |
| DRUG ENFORCEMENT AGENCY | ) |
| FEDERAL BUREAU OF | ) |
| INVESTIGATIONS | ) |
| FEDERAL BUREAU OF PRISONS | ) |
| | ) |
| DEFENDANTS. | ) |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE THE TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Federal Defendants, through counsel, respectfully request that the Court enlarge the time to respond to Plaintiff's Complaint to January 31, 2008. In support of this motion, Federal Defendants respectfully state as follows:

Defendant has made diligent efforts to coordinate the preparation of the response to plaintiff's complaint in accordance with the deadlines provided by the local rules. However, due to the unexpected delays attendant to preparation for oral argument before the Court of Appeals and an emergency evidentiary hearing in another matter that requires preparation of witnesses

and demonstrative and physical evidence, the undersigned has not been able to coordinate the completion and filing of the response to plaintiff's complaint.  Additionally, due in part to difficulty in deciphering pro se plaintiff's  complaint, the undersigned has not been able to get in contact with the proper agency counsel for all the Federal Defendants named in this action.  Further, because the undersigned has not been in contact with all of the agency counsel involved, the undersigned is unaware of when, after the holidays, the remaining agency counsel will be able to confer concerning a response to Plaintiff's Complaint.  As such, and in an abundance of caution, Federal Defendants request a brief enlargement of time to complete their response to Plaintiff's Complaint.  Inasmuch as Plaintiff, *is Pro se* and a prisoner, Counsel for Federal Defendants did not attempt to contact him concerning his position on this motion.[1]

Wherefore, Defendant respectfully requests that the Court enlarge the time for Federal Defendants to respond to January 31, 2008.


Respectfully Submitted,

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to discuss those motions with *pro se* litigants. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any non-prisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).


_____
RUDOLPH  CONTRERAS, Bar # 434122

Assistant United States Attorney


_____/s_____
BENTON G. PETERSON,  Bar #1029849

Assistant United States Attorney

Judiciary Center Building

555 4th Street, N.W. Civil Division

Washington, D.C.  20530

(202) 514-7238 514-8780 (Facsimile)

 Benton.Peterson@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KABIL A. DJENASEVIC , | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-1685 RWR |
| | ) | |
| EXECUTIVE UNITED STATES | ) | |
| ATTORNEY'S OFFICE | ) | |
| U. S. STATE DEPARTMENT | ) | |
| US ATTORNEY'S OFFICE | ) | |
| DAVID WEISBROD ,ESQ., | ) | |
| DRUG ENFORCEMENT AGENCY | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATIONS | ) | |
| FEDERAL BUREAU OF PRISONS | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**ORDER**

UPON CONSIDERATION of the Federal Defendant's Motion to Extend Deadlines to File

Response, it is this _____ day of _____, 200__ hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that Federal Defendants' response to Plaintiff's Complaint is due by January 31,

2008.

_____

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

     I hereby certify that the FEDERAL DEFENDANTS' MOTION FOR ENLARGEMENT along with this Certification, has been served on December 18, 2007 by first class U.S. mail, postage pre-paid to:

KABIL ANTON DJENASEVIC
R41112-015
ALLENWOOD
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 3000
WHITE DEER, PA 17887


          /S/
          BENTON G. PETERSON, Bar #1029849
          Assistant United States Attorney
          Judiciary Center Building
          555 Fourth Street, N.W.
          Washington, D.C. 20530
          (202) 514-7238

Case 1:07-cv-01685-RWR    Document 14    Filed 12/18/2007    Page 6 of 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KABIL A. DJENASEVIC , | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-1685 RWR |
| | ) | |
| EXECUTIVE UNITED STATES | ) | |
| ATTORNEY'S OFFICE | ) | |
| U. S. STATE DEPARTMENT | ) | |
| US ATTORNEY'S OFFICE | ) | |
| DAVID WEISBROD ,ESQ., | ) | |
| DRUG ENFORCEMENT AGENCY | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATIONS | ) | |
| FEDERAL BUREAU OF PRISONS | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**ORDER**

UPON CONSIDERATION of the Federal Defendant's Motion to Extend Deadlines to File Response, it is this _____ day of _____, 200__ hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that Federal Defendants' response to Plaintiff's Complaint is due by January 31, 2008.

_____
UNITED STATES DISTRICT JUDGE