UNITED STATES DISTRICT COURT
For The District of Columbia

RECEIVED
JAN 1 7 2008
NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

Kabil Anton Djensevic
    Plaintiff, Pro se

Judge : ROBERTS

Case #: 07-cv-1685(RWR)

-v-

Excutive Office of US ATTORNEY et al:
    Defendant(s)

" LETTER w/ PROOF "
&
NOTICE of EXHAUSTION REQUIREMENT
& ATTEMPT to Dismiss/ FAILURE TO
EXHAUST .......

1.) Comes now [ PRO SE ] Plaintiff Kabil Anton Djenasevic a Foriegn national " EXTRADITED FROM SOUTH AFRICA , who's parent COUNTRY is Montenegro , hereby submitts in " GOODFAITH " (SEE ATTACHED) APPEAL/OBJECTION to GOV'T's Agency(s)' DENIAL TO ACCESS 29 Pages of Documents used to " SUPPORT my FRAUDULENT EXTRADITION " !

2.) Such " DENIAL " is in [ DIRECT CONFLICT ] with earlier & present " District of Columbia Court Rulings & Distrcit Circuit Rulings " that now " TRIGGERS EQUAL PROTECTION & APPLICATION of LAW " Clause ie: " DUE PROCESS of Law"( 1st , 5th., 6th.14th AMend.USCA ) which was addressed in current case of " IN RE SEALED CASE ; 494 F3d 139 (DC Cir.2007) , Toolasprashad -v- B.O.P. 286 F3d. 578 N.12 & 13 ( DC.Cir 2002) , IN Re Special Investigative Counsel , 346 F.Supp.2d 54-55 (DCDC 2004) , Stern -v- F.B.I. , 737 F2d. 84,85(DC.Cir-1984), Hobson -v- Wilson , 737 F2d. 1 (DC Cir 1984) , where such ACTS of " COINTEL-PRO TYPE OPERATION " is in play (EMPAHSIS ADDED) now [ requiring & mandating ] APPOINTMENT of Counsel & HEARING !

1

Such being the case of Acts committed also by using " S.E.R. TACTICS " and related DEVICES while in " CUSTODY " in SOUTH AFRICA/TAMPA Fla. that this " DISTRICT of Columbia " has frowned upon see parallel acts where such is addressed in ' US -v- Karake , 443 F.Supp.2d. 11 N.30 & 31 (DCDC 2004) , that GOV'T used GOV't's APPOINTED COUNSEL to try and recruit me under duress to be " GOV't Wittiness on my Cellmate " such is similar to " MKULTRA TYPE PROGRAM " 682 F.Supp.77(D.Colo.1985) ORLIKOW -v- US ( EMPHASIS ADDED ) , where I was impaired by such actions.

See attached LETTER & DENIAL LETTER ...
January 14,2008

Respectfully Submitted BY:

*Kabil Anton Djenasevic*
#41112-018
USP ALLENWOOD
P.O.Box 3000
White Deer.Pa.17887

## CERTiFICATE of SERVICE

I Kabil Anton Djenasevic #41112-018 , do swear that on the above date and time I served on the detendant(s) Counsel & the Court via US MAIL to the Below listed addresses :

US District Court
District of Columbia
333 Constitution Ave ,NW
Washington DC 20001

US ATTORNEY's OFFICE
555 4th Street,NW
Washington DC 20530
attn: AUSA Peterson

28 USC § 1746

*Kabil Anton Djenasevic*

```
                                            Kabil Anton Djenasevic
                                            # 41112-018
                                            USP Allenwood
                                            P.O. Box 3000
                                            White Deer, Pa.17887
```

Depertment of Justice
Office of Information
NYAV Building 11th.Floor            " LETTER of APPEAL/Notice "
Washington,DC 20530                  of Court Action ....
Attn: Katherine L Myrick
                                    Re: Djenasevic -v- Exc.off.US.
                                         07-cv-1685 (RWR)
Re: DEA CASE # 08-0158-P


Chief Operations

   This is in <u>response & objection to your LETTER DATED Jan.07,2008</u> !
My request from " F.O.I.A. " was specific in nature and are directly
dealing with matters of " <u>INTERNATIONAL LAW POLICY VIOLATIONS</u> " where
the asaid requested information was **used to** " <u>DRAW ADVERSE DECISIONS</u> "
**towards me ,and to** " **MIS CLASSIFY** ",<u>SECURITY & DESIGNATION</u> that was
earlier addressed in the " DISTRICT of Columbia Circuit Court Decision "
outlined in " <u>Toolasprsbad -v- B.O.P.</u>", 286 at 578 <u>Note(s) 12 & 13</u> that
is " PARALLELL to the case/request inquestion  (EMPHASIS ADDED) ....

   As far as your agency's " DENIAL " under  (b)(2),(b)(7) exemption
such was addressed by this " DISTRICT & APPELATE COURT " for the Dis-
Trict of Columbia , By Judge Mikva , in "<u>STERN -v- FBI,</u>" 737 F2d. 84
(DC Cir.1984) Notes 1 thru 7 which Court was " EXPLICIT " about try-
ing to [ exempt ] records from review that are being used to [ draw ]
<u>ADVERSE DECISIONS</u> against Requestor Djenasevic ,who needs such for a
COURT ACTION in " <u>Djenasevic -v- Excutive Office of US Attorney et al</u>:
07 --cv - 1685 (RWR) where such was used to draw adverse decision inthe
" DIPLOMATIC ARENA " that now if further " DENIED ACCESS " [ must ]
press forward for " <u>VAHN INDEX & APPOINTMENT of Counsel</u> " .....

Djenasevic's position is further supported by " <u>RECIENT COURT RULING(s)</u> "
in " " IN RE SEALED CASE ", 494 F3d. 139 (DC.Cir.2007)

                                    1

and also " <u>Wilson -v- Libby</u> " , 498 F.Supp.2d. at /5 Notes 1 Thru 20 ( D.DC.2007 ) Hon.judge Bates , was very Clear about such matters as the case at hand , since we are " ONLY DEALING WITH 29 PAGES " of Documents that was / challenged as being " <u>FALSE and or INACCURATE</u> " that violate the " THRESHOLD SHOWING " of provisional safeguard rules drafted by " <u>O.M.B. GUIDELINES GOVERNING PRIVACY ACT</u> " (EMPHASIS) " <u>40 Fed. Reg.28,948 & 40 Fed.Reg. 28,964</u> " MANDATING the agency to under such , authenticate " DOCUMENTS ACCURACY & CORRECTNESS " before placin in file to be used to draw adverse decision(s) ......

I now invoke these " PROTECTIONS " and request the full disclosure or to " CONCUR " on " VAHN INDEX " before Hon.Judge Roberts case # 07 -cv-1685 (RWR ) DISTRICT of Columbia ....

Jan. 14,2008

Respectfully Submitted By:

*Kabil Anton Djenasevic*
Kabil Anton Djenasevic
# 41112-018

FOIA
Re: DEA Case# 08-0158-P

**U.S. Department of Justice**

Drug Enforcement Administration

JAN 0 7 2008

DEA Case Number: 08-0158-P

Subject: DJENASEVIC, KABIL ANTON

Kabil Anton Djenasevic
Reg. No. 41112-018
USP Allenwood
P.O. Box 3000
White Deer, Pennsylvania 17887

Dear Mr. Djenasevic:

    Your Freedom of Information/Privacy Act (FOI/PA) request dated September 10, 2007, to the Drug Enforcement Administration (DEA) seeking information pertaining to the above subject has been processed.

    The processing of your request identified certain materials that will be released to you with this letter. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552, and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail.

    The rules and regulations of the Drug Enforcement Administration applicable to Freedom of Information Act requests are contained in the Code of Federal Regulations, Title 28, Part 16, as amended. They are published in the Federal Register and are available for inspection by members of the public.

    Certain DEA documents contained information furnished by another government agency. DEA is in the process of consulting with that agency before granting access to the documents in accordance with 28 C.F.R 16.4 and/or 16.42. You will be notified if more material is available for release pending results from that consultation.

DEA Case Number: 08-0158-P

    If you wish to appeal any denial of your request, you may do so within sixty (60) days from the date of this letter pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

    DEPARTMENT OF JUSTICE
    OFFICE OF INFORMATION AND PRIVACY
    NYAV BUILDING, 11TH FLOOR
    WASHINGTON, D.C. 20530

Sincerely,

*Katherine Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

Number of pages withheld:    29

Number of pages released:    74

Number of pages referred:    02

**APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:**

Freedom of Information Act
5 U.S.C. 552

Privacy Act
5 U.S.C. 552a

| | | | | | |
|---|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [x] (b)(7)(C) | [ ] (d)(5) | [ ] (k)(2) |
| [x] (b)(2) | [ ] (b)(6) | [x] (b)(7)(D) | [x] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [ ] (b)(7)(E) | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [x] (b)(7)(F) | | |

FREEDOM OF INFORMATION ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2)  Materials related solely to the internal rules and practices of DEA.

(b)(3)  Information specifically exempted from disclosure by another federal statute.

(b)(4)  Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5)  Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6)  Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7)  Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

PRIVACY ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2)  Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2)  Material compiled during civil investigations for law enforcement purposes.

(k)(5)  Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6)  The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.