UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Kabil A. Djenasevic

Plaintiff, PRO SE

Civil Action 07-1685 R.W.R.

-v-

Excutive Office of UNITED STATES ATTORNEY et al:
Defendant(s)

RECEIVED
FEB 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

" Pro Se Plaintiff's Traverse "
In OPPOSITION to Defendant(s)
Reply Dated January 31, 2008 ...

" CASE SUMMARY of FACT "

Plaintiff Kabil Anton Djenasevic , a REGISTERED ALIEN of the US and a Person EXTRADITED based off, and the "CHALLENGED RECORDS" used to draw [ " ADVERSE DECISION " ] by US STATE DEPARTMENT , ATTORNEY GENERAL's Office and agent(s) for the EXCUTIVE OFFICE of US ATTORNEY based & Headquartered in WASHINGTON DC , who have " FINAL DECISION & PROMULGATE RULES TO GOVERN THE AGENCY " that has ran afoul to what US CONGRESSIONAL INTENT is/adopted/outlined in 40 Fed register 28,948 & 28,964 O.M.B. GUIDELINES GOVERNING PRIVACY ACT ...... Such is seen with respect to use of agency employees to " MANUFACTURE FALSE & or MISLEADING MEMO(s) & DOCUMENT(s) " that are maintained and used to draw adverse decision(s) see Toolasprashad -v- B.O.P., 286 F3d. at 578 note(s) 12 & 13 (DC.Cir 2002) , Bismullah -v- Gates , 503 F3d.137 Deters -v- US Parole Com'n 85 F3d. 655 (DC Cir.1996), Sellers -v- US Parole Com'm 959 F2d. 308 Note #4 , 312 [4] (DC.Cir 1992) , Stern -v-

1

F.B.I., 737 F2d. 84-85(1984), Wilson -v- Libby 498 F.Supp.2d. 87 (DCDC 2007), Therefore " Pro Se Plaintiff's Complaint has STANDING & PRECLUDES any attempt to seek Rule 12(b) et seq. & Rule 56 " PROTECTION/Dismissal " .........

2.) " Pro Se Plaintiff Djenasevic , " has Filed AFFIDAVIT in Support and again , will " PROFFER FURTHER SUPPORTING AFFIDAVIT in respect to [ MEETING EXHAUSTION REQUIREMENT ] , again precluding summary judgement with EXHIBITS .........Wilson -v- Rackmill, 878 F2d.772 (3rd.cir.1989) , has held that COURT in the interest of Justice at a minimum allow a PRO SE PLAINTIFF to [ CURE ANY DEFECTS ] the COURT HAS POINTED OUT that might be present in such complaint !

At this juncture , this Honorable Court [ has not ] stated such nor provivded " AMPLE NOTICE , that there is any defects ..... Tabron -v- Grace , 6 F3d. at 155 ( 3rd.cir 1996) supports the fact of earlier appointed counsel , given the [ FACT ] there was a sworn AFFIDAVIT ATTACHED TO INITIAL FILING .... 28 USC ¶746 ,.... That AUSA Contreras Bar # 434122 must " CAUTION HIS CLIENT(s) on possible mail tampering ...... " Toolasprashad -v- B.O.P. ,286 F3d.576(Dc Cir 2002)

      Note : Plaintiff Kabil Anton Djenasevic avers
        he **is not** , CHALLENGING HIS CONVICTION ,
        but records used to draw adverse decision(s)
        both past & present 5 USC 552a .....

---

   Haines -v- Kerner
   30 Led 2d. at 653 " Pro Se Pleadings "

### 1.) Plaintiff's Objection

Plaintiff Pro Se Djenasevic, Objects to ADDITIONAL ISSUES not raised in the initial F.O.I.A. Complaint, but will " PRESENT ", Documentary Proof of 8th Amend. violation(s) by both State & Federal Authorities and their Contract Agencies to provide " PROPER HEALTH CARE " ......

SEE ATTACHED EXHIBITS From State Facility & Federal Facility(s) Abroad .....

---

Pro Se Plaintiff Djenasevic, [ OBJECTS ] to an issue that is not presented in the initial filing nor raised in any arguement that has been presented earlier on ......, the only arguement that was/has been proffered before this Court, is the " RECORDS USED TO DRAW ADVERSE DECISION(S) by the defendant agency(s) & their agents ...... This is up-held in " Toolasprashad -v- B.O.P., 286 F3d. at 578 Note(s) 12 & 13( DC cir.2002)

at 578, Note 13 :
> Reasonable reliance by some employees cannot immunize an agency from Privacy Act consequences of employing others individuals who allegedly deliberately Falsity Records 5 USCA § 552a

Court in the Third circuit on Remand, in a case that deals with Medical Needs & Prison Conditions, Brooks -v- Kyler 204 F3d. 102( 3rd. Cir.2001), that was clear about a " MINIMAL NEED still has to be met by the Defendant(s) Health Care provider ( 8th Amend USCA ), since one is " FIGHTING CRIMINAL TRIAL ", he is entitled to a fair an impartial " 6th AMEND RIGHT " Taylor -v- Illinois, 98 Led 2d. (1988)

Again, we " DO NOT " raise such, but Defense Counsel does at page 5 -8 " PLAINTIFF Failed To Exhaust Admin Remedy, .... this again [ must Fail ] since Plaintiff Pro se Djenasevic [ has not /will not ], attempt to challenge his conviction, since CORE MEANING MANDATED BY CONGRESS, is to protect records & their use to draw adverse decisions

3

towards such parties ( EMPHASIS ADDED ) , we again would caution the COURT & REQUEST TO ADVISE COUNSEL , [ not to intentionally ] attempt to " COMPOUND " litigation in an attempt to confuse the Pro Se litigant with referancing " PRISON CONDITION , that was not part of " INITIAL PLEADINGS ........ , we now again seek the COURT to again , APPOINT COUNSEL pursuant to the FACT that this case has " MERIT & FACTS " present but being witheld by defendant(s) & their agencies see DC Circuit Court's Ruling in Bismullah -v- Gates 503 F3d. 137 (DC Cir.2007) , Stern -v- F.B.I. 737 F2d. 84 (DC Cir 1980) , Hobson -v- Wilson , 737 F3d. 1 (DC Cir. 1980 ) , therefore [ COURT ] has " GRANTED " release to COUNSEL such Documents for review & also VAHN INDEX , to determine , why said agency is denying access to such ITEMS used to DRAW ADVERSE DECISIONS , 5 USC § 552 , 40 Fed. Reg.28 ,948

  Plaintiff Further avers that Court cannot be expected to just for mere convienance accept US ATTORNEY's Office Request for Judgment via Rule 56 (e) or 12(b)(1),(b)(6) **without** at a minimum " DISCOVERY " , **ADMISSIONS , and Requested PRE-TRIAL CONFERANCE** that such dealings are of a " C O M P L E X   N A T U R E " & I N T E R N A T I O N A L - L A W APPLICATION .. **Bismullah -v- Gates , 503 F3d. 137(DC Cir 2007)** , where COURT of APPEALS for this Circuit ( DC CIRCUIT ) , ORDERED GOV'T to comply with FEDERAL RULES of PROCEDURE & COURTS WANT TO ADMINISTER LAW even when it involved matters of " MATIONAL SECURITY ", so therefore " Govt's REQUEST " is " FRIVOLOUS & UN-ETHICAL " since we did not recieve in compliance with Law " GOVERNING DISCOVERY & ADMISSION " such was timely filed to comply with such REQUEST PRIOR TO RESPONSE of Defendant(s) Counsel ...... Murray -v- City of Chicago, 634 F2d. 366 (7th Cir) Reversed &Remanded , for some of the very same acts of the Defendant(s) Counsel and or their agents , ie: JUDICIAL MISCONDUCT , which is the " CORE ARGUEMENT " of this COMPLAINt , since such want & willfullness of JUSTICE DEPARTMENT EMPLOYEES /US ATTORNEY's OFFICE

4

along with other unknown " LAW ENFORCEMENT AGENCIES " to hide be-
-hind " INVESTIGATORY VEIL " , that again this Ciruit ( DC CIR.)
ruled against   " D.E.A. & C.I.A. " , IN RE SEALED CASE , 494 F3d. 139
( DC Cir 2007)   and " ORDER PRODUCTION of DOCUMENTS " where we must
[ now ] apply the same pursuant to the rule of " STARE DECISIS " .....

We now rest this arguement and PROCEED to the next " SMOKE SCREEN "
that is a resemblance of " LONDON FOG " when it sets in ......

2.)   PLAINTIFF Djenasevic " OBJECTS " to the Defense's
attempt to aver " FAILURE TO EXHAUST " REMEDIES
available to cure such defects , ... MUST FAIL since
such was exhausted & served via Certified Mail ..
ie: see attached Correspondance !

Plaintiff's Djenasevic's Complaint " MEETS ALL REQUIREMENTS "
and has [ exhausted ] his REMEDIES with the defendant agencies on
several occassions which even goes beyond such out lined in a CIVIL LAW
matter dealing with " MIS -APPLICATION of AGENCY's LAW POLICY " such is
seen in US Supreme Court Decision of **Wilkinson -v- Dotson, 161 Led 2d.
253 (2005)** that waives such " EXHAISTION REQUIREMENT " when such
violation(s) encraoch on US CONSTITUTIONAL LAW , and its' rights under
" 1st , 4th.,5th.,6th.,8th.,14th. AMend USCA " , EQUAL PROTECTION of LAW
& APPLICATION of LAW , again PLAINTIFF has mett his BURDEN as such
is listed :::

```
1.) D.E.A. FOIA # 07-3296 & # 08-0158P
2.) FBI FOIA# 1094075 ,Appeal # 08-0205
3.) US MARSHALS FOIA # 08-USMS-11477
4.) Exc. Off.US ATtny # 073296 Pending
```

    5.) INTERPOL FOIA # 07-0177 , Appl.# 08-0112
    6.) A.T.F. FOIA #   PENDING

Since Plaintiff has now Proven such and will present to the Court at " REQUESTED PRE-TRIAL CONFERANCE " such DOCUMENTARY PROOF AUSA DEFENSE COUSEL's [ must fail ] and " SUMMARY JUDGEMENT DENIED" and " COURT's ORDER ISSUED " in-regards to DISCOVERY & ADMISSIONS to aid and assist the COURT before making Judgement , see case in similar " COMPLEX MATTERS " US STATES CODE SERVICE at page 172 Notes 17-18 " that lists " SEVERAL CONTROL STANDARDS APPLIED " to preclude the request for " SUMMARY JUDGEMENT " , Wilson -v- Rackmill,878 F2d. 772 (3rd. cir.1989) , grounded in " CIVIL LAW " that reversed the lower Court's Decision to GRANT SUMMARY JUDGEMENT infavor of the defense .....

Plaintiff [ again ] avers " MATERIAL FACTS " are-present and also issues that a TRIER of FACT , beyond doubt can render a ruling infavor of the PLAINTIFF Djenasevic Registered Alein # A14-936237 that requires FULL PROTECTION OF US CONSTITUTIONAL AMENDMENT(s) " 5th.,6th.,8th.,14th." USCA    Note : US STATE DEPARTMENT [ is not ] Law Enforcement Body where such might entitle certain § 552a(b)(7) exemptions afforded to the LOCAL & FEDERAL LAW ENFORCEMENT AGENCIES , This Circuit was very " CLEAR " in it's reversal of IN RE SEALED CASE 494 F3d. 139 (DC Cir.2007) that " ADMONISHED D.E.A. " for trying to circumvent thier ethical & US CONSTITUTIONAL OBLIGATIONS under " FREE ACCESS TO GOV'T FILES " 4th & 6th Amend USCA especially when they are the Plaintiff's & such FILES REQUIRE REDACTION or at a MINIMUM  TITLED INACCURATE not verified ! later on Bismullah Court  503 F3d. 137(DC Cir.2007) " CONCURRED " & broadened it's APPLICATION of § 552a EXEMPTIONS DENIAL therefore agian requiring counsel in the case at bar , Tabron -v- Grace 6 F3d 155 (3rd Cir 1996) , since the Bismullah Court revealed RECORDS TO COUNSEL & NOT Defendant(s) (EMPHASIS ADDED)

6

Since the US Constitutional Standard is " EQUALALPROTECTION & REPRESENTATION " ( 6th & 14th Amend USCA ) that does not, not say who ever has the money can get Justice ! Therefore since where such FACTS ARE DOCUMENTED & PRESENTED TO THE COURT FOR TRIAL , we must " DENY DEFENSE " request for " SUMMARY JUDGEMENT " and " ORDER " the Discovery & ADMISSIONS that Served via Cert Mail# 7006 2150 0004 7650 2481 Motion To Expidite & DISCOVERY Cert # 7006 2150 0004 7650 2139 , therefore " MEETING SUCH [ PRE_TRIAL REQUIREMENTS ] to render the Defense's Request for Summary Judgement as PRE-MATURE & MERITLESS , since there exist MATERIAL FACTS INDISPUTE & FALSE STATEMENTS & DOCUMENTS in Plaintiff's File that need to be " **RE-DACTED & CURED of DEFECTS** " **since such is being used to be drawn adverse towards him past & present when decison(s) makers are reviewing such** " FALSE DOCUMENTS , now " TRIGGERS F.O.I.A. PROTECTIVE UMBRELLAS " 40 Fed. reg. 28,948 Toolasprashad -v- B.O.P. , 286 F3d. 576-578 Notes 12 & 13 (DC Cir 2002)

Such warrents , " DENIAL OF SUMMARY JUDGEMENT " & Court should Order PRE-TRIAL CONFERANCE ( EMPHASIS ADDED) ......!

> Note : Such Challenge is in correct Districy Court District of Columbia , & Court has Subject Matter & Jurisdiction since US State Dept. & other agencies (DEFENDANT(s) are HeadQuartered within Federal Judicial District of Washington, DC where all final decisions are/was made .. in the Plaintiff Djenasevic's case , seeking his " EXTRADITION FROM A FORIEGN COUNTRY ... " That was signed off by Attny.Gen Ashcroft & Sec .of State Colin Powell (PAST) ......

---

1.) Bishmullah -v- Gates
    503 F3d. 137 (DC Cir.2007)

2.) Wilson -v- Libby
    498 F.Supp.2d.84(DcDC 2007)

3.) Hobson -v- Wilson
    737 F2d. 1 (DC Cir.1980)

4.) Haines -v- Kerner
    30 Led 2d. at 653 " PRO PLEADINGS "

7

3.) <u>PLAINTIFF's OBJECTION</u>

Court Has Subject matter jurisdiction & authority to review for " <u>PRIVACY ACT</u> " VIOLATION by the agencies and their " SUBORDINATE(s) § 552a (g)(1)(c) ,(e)(5) and [ does not ] challenge ] his conviction where such is supported by records & affidavits in-support of this Complaint filed by Djenasevic " <u>Pro Se</u> " ...

---

Plaintiff Djenasevic , avers " NO MENTION " of his challenge to " <u>PSI or CONVICTION</u> " , but only to the records maintained by US STATE Dept. & other listed deffendant(s) whom are responsible for such <u>AGENT(s) Drafting</u> of records used to draw adverse decision is grounded law in " <u>TOOLASPRASHAD -v- B.O.P.", 286 F3d 576</u> and then broadened in " CIVIL LAW " decision <u>McIntyre -v- US , 336 F.Supp.2d. 87-100 Notes 25 thru 29 (D.Mass.2004)</u> .....

Plaintiff Dejenasevic , provides for the COURT the below listed items that would " <u>SATISFY</u> " COURT's AUTHORITY , to preclude SUMMARY JUDGEMENT or in the alternative Dismissal pursuant to 12(b)(1),(b)(6) since there exist genuine issue for trial as COURT QUOTE in it's ORDER dated " <u>Feb. 05,2008</u> "; <u>Neal -v- 963 F3d. at 346 (Dc Cir.1992)</u> (EMPHASIS)

    1.) B.O.P. CENTRAL OFICE REMEDY
    2.) Hillsborough County Request # 806834 ,
        889248 , 806837
    3.) Hillsborough County INMATE GIEVANCE #F2306,
        50166,50079 , 50071 , 0053
    4.) B.O.P. Central Office dated Jan .09,2008
       # A7#-208L " MED.Care ......

<u>GRANTED</u> ,Plaintiff [ did not ] raise the issue of Prison Conditions [ nor ] MEDICAL CARE , he still provides for this COURT , DOCUMENTARY PROOF & AFFIDAVITT(S) in-support ( <b>SEE ATTACHED</b> ) to preclude Judgement or Dismissal sought by dettendant(s) Counsel ........

8

Court , now must [ address such reason [ why ] defense counsel has raised in his " RESPONSE " such mention of § 1983 matter , that [ does not ] have " STATUTORY AUTHORITY " to be raised " Razzoli -v- B.O.P. , 230 F3d. 371(DC Cir.2000) , where the COURT , did in it's opinion GRANT REVERSAL , and stated if Razzoli wished to file " AMENDED COMPLAINT , He can pursuant to § 552a et sell. .......

Plaintiff , Djenasevic [ never sought leave to incorperate and amend such pleadings , therefore " JUDGEMENT " SHOULD BE FOR " TRIAL BY JURY " , based upon 1.) AFFIDAVITT(s) ,2.) Document(s) provided & attached , " Brooks -v- Kyler , 204 F3d. 102 (3rd. Cir. 2001) , where COURT's "ORDER " MINIMAL NEED " must still be addressed warrenting " REVERSAL " ........

Therefore " PLAINTIFF " COMPLIES ,with Court's Required Sworn AFFIDAVITT by Kabil Anton Djenasevic , Alein # A14-936237 also see attached " STATE DEPT., dated Dec. 6,2002 under seal Passport of Djenasevic , D.OJ. Document under Seal dated Dec.4,2002 signed by Attny. Gen. Aschcrott , and also other D.O.J.Documents that are used to draw adeverse decision , NCIC/NADDIS dated 10.01/02 time 10:56 Am .... FL DEA 04S) dated 7/13/01 " ALERT " that is inaccarute , we now stand to " procced for ORDER of Court " for DISCOVERY & ADMISSIONS that " DEFFENDANt's Counsel has not yet provided and such " PRE-TRIAL REQUEST NOT MET " hinders the process & compounds litigation ( EMPHASIS ADDED ) .......

---

1.) Bishmullah -v- Gates 503 F3d.137 (Dc Cir 2007)
2.) IN Re Sealed Case 494 F3d. 139 (Dc Cir 2007)
Deters -v- US Parole Com'n 85 F3d. 655(DC Cir 1996)

9

## C O N C L U S I O N

Based upon the <u>COURT's ORDER SEEKING      AFFIDAVITT IN SUPPORT</u> of COMPLAINT pursuant 5 USC § 552a (g)(1)(c),(e)(5) where the PLAINTIFF Djenasevic seeks to " AMEND & CLEAR FILES " of such inaccuracies & attempted to do so by ADMIN. Remedies thru various Defendant Agencies thru their Subordinate Agents , which yielded no remedy / relief  !  <u>Mc Intyre -v- US , 336 F.Supp.2d.8/ Toolasprashad -v- B.O.P. , 286 F3d. 576 (Dc Cir.2000)</u> warrenting [ COURTS BINDING OVER FOR TRAIL [ ( EMPHASIS ADDED)     !

Also , via the  SUPPORTING DOCUMENTS , proffered by the Plaintitt , " PRECLUDES SUMMARY JUDGEMENT " Wilson -v- Rackmill , 878 F2d. 772 (3rd. Cir.1989) , & <u>12 (b)(1),(b)(6)</u>  Dismissal again , [ <u>not just by SWORN AFFIDAVITT , but DOCUMENTARY PROOF</u> [ supporting beyond doubt  MATERIAL ISSUES INDISPUTE ,RIPE FOR TRIAL ! <u>40 Fed. reg. 28,948 /40 Fed. reg.28 ,964</u>  since I was at the time a resident alien # A14-93623/ , where  Gov't's Counsel Mis-leads the COURT and states he is not   " **Gov't' response at 6 Foot Note**   !

See Attached SWORN AFFIDAVIT of Plaintitt Djenasevic & EXHIBIT totaling 35 pages ........ SUBMITTED IN GOOD FAITH !

Date: February 15-08

Respectfully Submitted By:

Kabil Anton Djenasevic
Pro Se Plaintitt
USP ALLENWOOD
P.O. Box 3000
White Deer.Pa.17887

10

## PROOF OF SERVICE

I certify that on February 19, 2008 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties at the addresses listed below:

Court Clerk Office
U.S. District Court
District of Columbia
333 Constitution Ave N.W.
Washington D.C. 20001

U.S. Dept. of Justice
U.S. Attorneys Office
555 Fourth St. N.W.
Washington D.C. 20001

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all document to be filed with this Court:

I certify that this document was given to prison officials on 2-19-08 (da for forwarding to the Court. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated: February 19, 2008