UNITED STATES DISTRICT COURT

For The District of Columbia

**RECEIVED**

FEB 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kabil Anton Djenasevic
 Plaintiff,Pro Se

Judge : Roberts

  -v-

Case# ; 07-cv-1685(RWR)

Excutive Office of US ATTORNEY et al;
 Defendant(s)


SWORN AFFIDAVITT of PLAINTIFF
IN COMPLIANCE WITH  Feb.05,2008
COURT ORDER with " EXHIBITS in
SUPPORT of Plaintiff's §552a Complaint

---

I Kabil Anton Djenasevic # 41112-018   " Pro Se Plaintiff " do

swear I am the above  " AFFIANT " , who submitts this " IN-COMPLIANCE "

Title 5 USC § 55a & Local Rule (Civil ) 7(b)  and also by the direction

of Honorable Judge Richard W.Roberts , presiding Judge in the above

Title matter . Such also is submitted with " SUPPORTING EXHIBITS "

that supports the  " 7 SWORN FACTUAL STATEMENTS " made under oath and of

" First Hand Knowledge "    as follows .... :  28 USC 1746

1.) That I Kabil Anton Djenasevic do so swear that  [ " NO WHERE " ]

   in the initial complaint is there any referance to a challenge to

   my " CONFINEMENT/CONVICTION "   or  referance to § 1983 ACTION .

   [ " ONLY " ] to records that are " FALSE and or Misleading " which

   are being used to draw adverse decisions towards Pro Se Plaintiff

   Kabil Anton Djenasevic , who is a resident alien # A 14-936237  &

   entitled to PROTECTION under the US CONSTITUTION's AMENDMENTS ....

1

2.) That I Kabil Anton Djenasevic so swear that I " EXHAUSTED "
all my attempts to obtain " AMENDMENTS/CHALLENGES " to an
thru LISTED & NOT LISTED , D.O.J. AGENCIES and their agnets
and have yielded [ no results ] , which meets the Courts
criteria for swift application of " Provisional SafeGuards "
of"Title 5 USC § 552a " & 40 Fed. reg. 28,948 where records
are altered by some of the " DEFENDANT(s) agents I.e. SEARCH
Consent Form (DEA) dated January 3,2001 and other(s) contained
in my files of State Department Excutive Office of US ATTORNEY ,
was willfully committed to " COVER UP " for acts of other employees
manufacturing such documents known to be " FALSE and or Misleading
**to support adverse decision committed to Plaintiff Djenasevic ..**

3.) That there exist and still occuring acts supervised by some of
the defendant Agency agent(s) that conflicts with the " CORE MEANING"
of Title 5 USC § 552a (g)(1)(c),(e)(5) , where the asaid defendant
agencies can " AMEND / CORRECT " records to a " TRUE STATE " that
**would cure any and all " ADVERSE DECISIONS " against Pro Sé**
**Plaintiff Djenasevic ....40 Fed. Reg. 28,948**

4.) That I filed " FOIA REQUEST & APPEALS " to the Defendant agencies
and or their agents and complied with such " ADMIN PROCEDURES "
requirement to warrent a " TRIAL BY JURY & APPOINTMENT of COUNSEL "
pursuant to § 3006A since matters are " COMPLEX & INTERNATIONAL "
law applies where " TREATIES alleged to be on RECORD " don't exist
that resulted in " ADVERSE DECISIONS " by the defendants/agents
against " PRO SE " Plaintiff Djenasevic , who is not a Lawyer nor
schooled in US & INTERNATIONAL LAW POLICIES........

Toolasprashad -v- B.O.P.
286 F3d. at 578 Note(s) 12 & 13 (DC,Cir 2002)

2

4.) That the Defendant's Counsel via an agent for the D.O.J. agency (B.O.P )) has proffered a FALSE STATEMENT to alter this Court's Decision ( **Affiant Vanessa Herbin Smith 1/30/08** ) **page 3 item # 6** , such violates 18 USC § 1622, 1623 , ABA Rules and Standards EC § 19 -39 (1969) , Mode Code of Prof'l Resp. DR 7-102.A.4 , Mackler Prod. -v- Turtle Bay Apparel 158 F.Supp.2d.           (EDNY 2001)   Miller -v- Pate.17 Led 2d.690 (1969)    , 820 F2d. 565 ⌊ 3 ⌋ (2nd.cir 1987) ........

5.) That all FINAL DECISIONS , was made in Washington DC  and by Rules Promulgated & ENFORCED  by the Defendant Agencies thru their Agents ⌊ abroad ⌋ , under their DIRECT /INDIRECT Super-vision which doesnot   make the Supervisory Agencies Immune From PRIVACY ACT CONSEQUENCE(s) Toolaspnashad -v- B.O.P., 286 F3d. at 578 Notes 12 & 13 , McIntyre -v- US , 336 F.Supp.2d 87 Note(s) 25 Thru 29 (D.Mass.2004) and supported by ATTACHED EXHIBITS   ...

6.) That the  FIRST HAND KNOWLEDGE  of Plaintiff Kabil Anton Djenasevic has  served via  US MAIL & CERTIFIED MAIL on the defendant(s) thru their Counsel to  obtain  needed  **1.)) Discovery** , **2.) ADMISSION** with in  Federal Rules of Civil Procedure and has failed to respond in a  " " TIMELY MANNER "  "  & there after  COURT's Request and no such  response that would have proven & assisted the Court in it's decision ....... " 5th ;6th.;14th Amend USCA "

    **Bishmullah -v- Gates**
    **503 F3d. 137 (DC.Cir 2007**

I do so swear I **Kabil Anton Djenasevic  " Pro Se " Complaintant do so submitt this under Oath pursuant to  28 USC § 1746 and of FIRST HAND KNOWLEDGE  , " SUPPORTED BY TRUE DOCUMENTS " as exhibits atteched  in** support of  " F.O.I.A. COMPLAINT " where such Affidavitt was ORDERED By Honorable Judge  Roberts on Feb 05,2008 and such complies with **law**

That is outlined in  " LOCAL CIVIL Rule 7(b) "  and such discovery
has not    been handed over [nor]" PROTECTIVE ORDER GRANTED "  to
the defendant(s)  Counsel  Benton Gregory Peterson ; US ATTORNEY's
OFFICE  Washington DC , Excutive Branch ....

I submitt this in Goodfaith &  insupport of Trial since MATERIAL FACT(s)
are present to " GRANT A TRIAL BY JURY " I DO SO SWEAR 28 USC 1746

Date: _February 15-08_

Submitted Under Oath By:

Kabil Anton Djenasevic
#41112-018 , Pro Se
USP ALLENWOOD
P.O.Box 3000
White Deer,Pa. 17887


RE: Djenasevic -v- Exc. Off. of US Attorney Off. et al
      07-cv-1685 (RWR)

## PROOF OF SERVICE

I certify that on _February 19, 2008_ (date) I mailed a copy of this brief and all attachments via first class mail to the following parties at the addresses listed below:

Court Clerk Office
U.S. District Court
District of Columbia          +
333 Constitution ave N.W.
Washington D.C. 20001

U.S. Dept. of Justice
U.S. Attorneys Office
555 Fourth St. N.W.
Washington D.C. 20001

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all document to be filed with this Court:

I certify that this document was given to prison officials on _2-19-08_ (da for forwarding to the Court. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated: _February 19, 2008_

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

Certify That the document hereunto annexed is under the
the Department of Justice of the United States of
, and that such Seal is entitled to full faith and credit.

In testimony whereof, I, Colin L. Powell,
Secretary of State , have hereunto caused the
seal of the Department of State to be affixed and
my name subscribed by the Assistant
Authentication Officer, of the said Department,
at the city of Washington, in the District of
Columbia, this sixth day of December, 2002.

*Colin L. Powell*

Secretary of State

By _____

Assistant Authentication Officer,
Department of State

*ed pursuant to C... State of
15, 1789, 1 Stat... 22
2657; 22USC 2... USC
28 USE 1733 et... USC
(f); RULE 44 Fe... ules of
l Procedure.*

*ertificate is not valid if it is removed or altered in any way whatsoever*

A 2

# United States
# Department of Justice



Washington, D.C., ___DECEMBER 4,_____ , 20 _02_____

To all to whom these presents shall come, Greeting:

I certify That _____ERNESTINE GILPIN_____ whose name is signed

to the accompanying paper, is now, and was at the time of signing the same,

ASSOCIATE DIRECTOR, OFFICE OF INTERNATIONAL AFFAIRS, CRIMINAL DIVISION,

U.S. DEPARTMENT OF JUSTICE

_____

_____ duly commissioned and qualified.

In witness, whereof, I, ___JOHN ASHCROFT_____

Attorney General of the United States,
have hereunto caused the Seal of the
Department of Justice to be affixed and
my name to be attested by the Director/
Deputy Director, Office of International
Affairs, Criminal Division, of the said
Department on the day and year first
above written.

_John Ashcroft_

**Attorney General**

By _Lisa O'Burnett_

Director/Deputy Director, Office of International Affairs,
Criminal Division

CRM-181
APR 98

DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

## CONSENT TO SEARCH

1. I HAVE BEEN ASKED TO PERMIT SPECIAL AGENTS OF THE DRUG ENFORCEMENT ADMINISTRATION TO SEARCH: (Describe the person, places or things to be searched.)

*SAFE DEPOSIT BOX 3 B C*
*Bank of America FIRST UNION BANK*
*IN THE NAME OF HELEN MAFILAS AND ANTONE GENASE*
*LOCATED AT 2140 GULF TO BAY*
*CLEARWATER, FL*
*BOX # 168*

2. I HAVE NOT BEEN THREATENED, NOR FORCED IN ANY WAY.

3. I FREELY CONSENT TO THIS SEARCH.

*4. I HAVE BEEN ADVISED OF MY RIGHTS UNDER MIRANDA by SA GENE*

*1 3 · 2001*
Date

Signature *Kabil A. Kraja*

Witnesses:

*SIGNED AT 1ST UNION*
*GARY RUSS WITNESSED THE PERSON*
*SIGNING BUT DID NOT WITNESS*
*GEN. QA*

**U.S. Department of Justice**

United States Attorney
*Middle District of Florida*
*400 N. Tampa Street, Suite 3200*
*Tampa, Florida 33602*

Official Business
Penalty for Private Use $300



DJENASEVIC's passport is enclosed.







ПУТУЈУ С ЊИМ / ACCOMPANIED BY / ACCOMPAGNE DE

| Презиме и име<br>Family name and first name<br>Prénom et nom | Сродство<br>Relationship<br>Parenté | Дан месец и година рођења<br>Birth date<br>Date de naissance |
|---|---|---|
| 1 | DJENADEVIC NINA | 27.05.2012. |
| 2 | URES VAZI IN 19.04.2024. | |
| 3 | U ULUTICI 19.04.2008. | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

PAYLIDIS IOANNIS

ΕΙΠΑΧΘΕΝΤΑ ΤΕΛΗ

Δ.Β.Β. 676

Departure Number

**694111853 09**

Immigration and
Naturalization Service

**I-94
Departure Record**

PAROLED PURSUANT TO SEC. 212 (d) (5)
OF THE I & N ACT TO:  8 JUN 2003

PURPOSE:
Significant
Public Benefit

A52  5-24-03 4US7

**4**

14. Family Name
DJURNASEVIC

15. First (Given) Name
KADIL   ANTON

17. Country of Citizenship
YUGOSLAVIA

16. Birth Date (Day/Mo/Yr)
1/10.7 03

**STAPLE HERE**

See Other Side





T::mpa, Florida 33602
813/274-6000
813/274-6358 (Fax)

Case 8:07-cv-01685-RWR    Document 19-2    Filed 02/22/2008    Page 10 of 35

Jacksonville, Florida 32201
904/232-2682
904/233-2620 (Fax)

U.S. Department of Justice
*United States Attorney*
*Middle District of Florida*

<table>
<tr><td>2110 First Street, Suite 3-137<br>Fort Myers, Florida 33901<br>941/461-2200<br>941/461-2219 (fax)</td><td></td><td>80 North Hughey Avenue, Room 201<br>Orlando, Florida 32801<br>407/648-7500<br>407/648-7643 (Fax)</td></tr>
</table>

*Reply to:* **Tampa, FL**                                                                                    KJMP/cld

January 17, 2003

**Via Federal Express:**
Patricia (True) Rowan
Senior Trial Attorney
Office of International Affairs
Criminal Division/Department of Justice
1301 New York Avenue, N.W., 8th Floor
Washington, D.C.  20005

Re:  United States of America v. Kabil Anton Djenasevic
Case No. 8:02-Cr-424-T-17MAP

**Request for Extradition**

Dear Ms. Rowan:

Per your request, enclosed is the notarized **Certification Issued for the Purposes of Section 10(2) of the Extradition Act, Act 67 of 1962, as amended by the Extradition Amendment Act, Act 77 of 1966**.

If you have any questions or if there is anything else you need, please feel free to call me at (813) 274-6341.

Thank you for all of your assistance.  It has been a pleasure working with you.

Sincerely,

PAUL I. PEREZ
United States Attorney

By:  _____
KATHY J.M. PELUSO
Assistant United States Attorney

Enclosure: As stated.

N:\cdavis\KPeluso\Djenasevic_2002R02551\J3_OIA_True Rowan.wpd

400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

200 West Forsyth Street, Room 700
Jacksonville, Florida 32201
904/232-2682
904/232-2620 (Fax)

**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*

2110 First Street, Suite 3-137
Fort Myers, Florida 33901
941/461-2200
941/461-2219 (fax)

80 North Hughey Avenue, Room 201
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

*Reply to:*  **Tampa, FL**                                                                      KJMP/cld

<u>Certification Issued for the Purposes of Section 10(2) of
the Extradition Act, Act 67 of 1962, as amended by the
Extradition Amendment Act, Act 77 of 1966</u>

In the Matter of a request by the United States for the
extradition of KABIL ANTON DJENASEVIC a/k/a Anton Genase, a/k/a
Kabil Genase, a/k/a Kraja Kabil, Case No. 8:02-Cr-424-T-17MAP,
from South Africa for prosecution.

The United States requests the extradition of KABIL ANTON
DJENASEVIC from South Africa for prosecution of drug and firearm
related offenses.

In relation to that request, I, Kathy J.M. Peluso, certify
that:

a)     I am the duly appointed Assistant United States Attorney in
       charge of the prosecution of KABIL ANTON DJENASEVIC in the
       Middle District of Florida; and,

b)     the evidence summarized or contained in the extradition
       documents is available for trial and is sufficient under the
       laws of the United States to justify the prosecution of
       KABIL ANTON DJENASEVIC.

<u>January 17, 2003</u>                         _____
Date                                         Kathy J.M. Peluso
                                             Assistant U.S. Attorney
                                             Middle District of Florida

Sworn to and subscribed before me
on this 17th day of January, 2003.

_____



*400 North Tampa Street, Suite 3200*
*Tampa, Florida 33602*
*813/274-6000*
*813/274-6358 (Fax)*

*200 West Forsyth Street, Room 700*
*Jacksonville, Florida 32201*
*904/232-2682*
*904/232-2620 (Fax)*

*2110 First Street, Suite 3-137*
*Fort Myers, Florida 33901*
*941/461-2200*
*941/461-2219 (fax)*

U.S. Department of Justice
*United States Attorney*
*Middle District of Florida*

*80 North Hughey Avenue, Room 201*
*Orlando, Florida 32801*
*407/648-7500*
*407/648-7643 (Fax)*

*Reply to:* **Tampa, FL**

KJMP/cld

November 26, 2002

Jason L. Carter
Trial Attorney
Office of International Affairs
1301 New York Avenue, 8th Floor
Washington, D.C.  20005

Re:  <u>United States of America v. Kabil Anton Djenasevic</u>
Case No. 8:02-Cr-424-T-17MAP

**<u>Request for Extradition</u>**

Dear Mr. Carter:

Enclosed is one original extradition package and four (4) exact copies as you requested.

If you have any questions or if there is anything else you need, please feel free to call me.

Thank you for all of your assistance. It has been a pleasure working with you.

Sincerely,

PAUL I. PEREZ
United States Attorney

By:  KATHYN.M. PELUSO
Assistant United States Attorney

**NO POUCH NEEDED.**
See back for peel and stick application instructions.

321
1000

**FedEx** *USA Airbill*
Express

FedEx
Tracking
Number    8360 6911 6718    Form 021
ID No.

**1 From** Please print and press hard.
Date 01/17/03    Sender's FedEx
Account Number

Sender's
Name KATHY J.M. PELUSO, AUSA Phone (813) 274-6000

Company U S ATTORNEY'S OFFICE

Address 400 N TAMPA ST STE 3200

City TAMPA                State FL    ZIP 33602
                                          Dept/Floor/Suite/Room

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**
Recipient's
Name PATRICIA (TRUE) ROWMAN Phone (202) 514-2220
SENIOR TRIAL ATTORNEY

Company OFFICE OF INTERNATIONAL AFFAIRS
CRIMINAL DIVISION/DEPT. OF JUSTICE

Address 1301 NEW YORK AVENUE, N.W., 8th FLOOR
To "HOLD" at FedEx location, print FedEx address.    We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address                                                      Dept/Floor/Suite/Room

City WASHINGTON            State DC    ZIP 20005

Questions? Visit our Web site at fedex.com
or call 1.800.Go.FedEx® 800.463.3339

By using this Airbill you agree to the service conditions on the back of this Airbill
and in our current Service Guide, including terms that limit our liability.

**4a Express Package Service**
☒ FedEx Priority Overnight

**4b Express Freight Servi**

**5 Packaging**
☒ FedEx Envelope*

**6 Special Handling**
SATURDAY Delivery
Does this shipment contain dan

**7 Payment** *Bill to:*
☒ Sender

**8 Release Signature**

**FedEx USA Airbill**
Express

FedEx Tracking Number: 8282 2611 3687

Sender's Copy

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE.

**1 From** *Please print and press hard.*

Date 12-1-2002

Sender's FedEx Account Number: 1120-3818-3

Sender's Name: KATHY J.M. PELUSO

Phone (813) 274-6000

Company: U S ATTORNEY'S OFFICE

Address: 400 N TAMPA ST STE 3200
Dept/Floor/Suite/Room

City TAMPA    State FL    ZIP 33602

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

OPTIONAL

**3 To**

Recipient's Name: JASON CARTER, TRIAL ATTORNEY

Phone (202) 616-3073

Company: OFFICE OF INTERNATIONAL AFFAIRS

Address: 1301 New York Ave., N.W., 8th Floor
We cannot deliver to P.O. boxes or P.O. ZIP codes.    Dept/Floor/Suite/Room

To "HOLD" at FedEx location, print FedEx address here.

City WASHINGTON    State DC    ZIP 20005

**Peel and Stick FedEx USA Airbill**

See back for application instructions.

**Questions? Visit our Web site at fedex.com**
or call 1-800-Go-FedEx® (800)463-3339.
By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

0178188311

**4a Express Package Service**

[X] FedEx Priority Overnight
Next business morning

[ ] FedEx Standard Overnight
Next business afternoon

[ ] FedEx 2Day
Second business day

[ ] FedEx First Overnight
Earliest next business morning delivery to select locations

[ ] FedEx Express Saver
Third business day

[ ] NEW FedEx Extra Hours
Late afternoon, next business afternoon delivery to select locations

**Packages up to 150 lbs.**

**Packages over 150 lbs.**

**4b Express Freight Service**
* Call for Confirmation.

[ ] FedEx 1Day Freight*
Next business day

[ ] FedEx 2Day Freight*
Second business day

[ ] FedEx 2Day Freight
Third business day

**5 Packaging**

[ ] FedEx Envelope*

[ ] FedEx Pak*
Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.

[X] FedEx Pak*

[ ] FedEx Box

[ ] FedEx Tube

[ ] Other Pkg.
Includes FedEx Box, FedEx Tube, and customer pkg.

**6 Special Handling**

[ ] SATURDAY Delivery
RESTRICTIONS
Available only for FedEx Priority Overnight and FedEx 2Day to select ZIP codes.

[ ] SUNDAY Delivery
RESTRICTIONS
Available only for FedEx Priority Overnights to select ZIP codes.

Include FedEx address in Section 3.

[ ] HOLD Weekday
at FedEx Location
Not available with FedEx First Overnight

[ ] HOLD Saturday
at FedEx Location
RESTRICTIONS
Available only for FedEx Priority Overnight and FedEx 2Day to select locations.

*Does this shipment contain dangerous goods?*
One box must be checked.

[ ] No

[ ] Yes
As per attached Shipper's Declaration

[ ] Dry Ice
Dry Ice, 9, UN 1845

[ ] Cargo Aircraft Only

Dangerous Goods (including dry ice) cannot be shipped in FedEx packaging or with FedEx Extra Hours service.

**7 Payment** *Bill to:*

[X] Sender
Acct No. in Section 1 will be billed.

[ ] Recipient

[ ] Third Party

[ ] Credit Card

[ ] Cash/Check

FedEx Acct. No.
Credit Card No.

Enter FedEx Acct. No. or Credit Card No. below.

Total Packages    Total Weight    Total Declared Value†

$              .00

†Our liability is limited to $100 unless you declare a higher value. See back for details.

**8 Release Signature** *Sign to authorize delivery without obtaining signature.*

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

SRG Rev. Date 1/01•Part #159185•©1994–2001 FedEx•PRINTED IN U.S.A.

FedEx Use Only

406

169

1000

# FedEx Express® USA Airbill

Tracking Number: 8282 2677 3676

## 1 From

Date 11-26-02

Sender's Name KATHY J.M. PELUSO

Sender's FedEx Account Number

Phone ( 813 ) 274-6000

Company U S ATTORNEY'S OFFICE

Address 400 N TAMPA ST STE 3200

City TAMPA    State FL    ZIP 33602

## 2 Your Internal Billing Reference
First 24 characters will appear on invoice.

1120-3818-3

OPTIONAL

## 3 To

Recipient's Name JASON CARTER, TRIAL ATTORNEY

Phone ( 202 ) 616-3073

Company OFFICE OF INTERNATIONAL AFFAIRS

Address 1301 New York Ave., N.W., 8th Floor
To "HOLD" at FedEx location, print FedEx address here.
We cannot deliver to P.O. boxes or P.O. ZIP codes.

City WASHINGTON    State DC    ZIP 20005

Peel and Stick FedEx USA Airbill
See back for application instructions.

**Questions? Visit our Web site at fedex.com**
or call 1-800-Go-FedEx® (800)463-3339.

0178188311

## 4a Express Package Service
*Packages over 150 lbs.*
- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] NEW FedEx Extra Hours

## 4b Express Freight Service
- [ ] FedEx 2Day
- [ ] FedEx Express Saver
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

*Call for Confirmation.*

## 5 Packaging
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other Pkg.

## 6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes As per attached
- [ ] Yes Shipper's Declaration
- [ ] Dry Ice

## 7 Payment Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

## 8 Release Signature

Total Packages    Total Weight    Total Declared Value

406    FedEx Use Only

**Sender's Copy**

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE.



IAQ RECEIVED:07/13/01 01:34:31 PM

ORI/ FLDEA04S0    ATN/GEER                    PHN/8139188056        DATE of MARRIAGE
NAM/ MAFILAS, HELEN                                                2-23-01
DOB/ 19651123    CUS/N    OFF/3510    PUR/C    POB/SF    SEX/F
FBI/              ARN/          SOC/595292182

**** QUERY MESSAGE TEXT ENDS - L.E.S.C. RESPONSE BEGINS  ****
THIS IS NOT AN IMMIGRATION DETAINER!  THIS INFORMATION IS FOR
LAW ENFORCEMENT USE AND IS BEING PROVIDED FOR INFORMATIONAL
PURPOSES ONLY. THIS RESPONSE IS NOT SUPPORTED BY FINGERPRINTS.

****  BASED ON THE INFORMATION PROVIDED *****
THE FOLLOWING I.N.S. RECORD APPEARS TO RELATE:
NAM/ MAFILAS, HELEN
DOB/ 19651123
CITIZENSHIP/SAFRI    -->

I94 ADMISSION #/64959164503
PASSPORT/ 00292370
PORT OF ENTRY/NEW Y
CLASS OF ADMISSION/B2
DATE ADMITTED/ 19930127
ADMITTED UNTIL/19930726

I.N.S. RECORDS INDICATE THAT THE SUBJECT WAS
LEGALLY
ADMITTED TO THE UNITED STATES AS A NON-IMMIGRANT.
IF
THIS PERSON HAS REMAINED LONGER IN THE UNITED
STATES
WITHOUT I.N.S. PERMISSION, THIS PERSON MAY BE IN
VIOLATION
OF IMMIGRATION LAWS. IF DATE DEPARTED IS INDICATED,
NO
COMPUTER RECORD OF A CURRENT RE-ENTRY WAS FOUND,
HOWEVER THIS DOES NOT PRECLUDE THE POSSIBILITY OF A
RECENT RE-ENTRY.

THIS PERSON MAY BE REMOVABLE IF CONVICTED OF
CERTAIN
CRIMINAL OFFENSES.
************************************************

REQUESTING ORI INFORMATION:
AGENCY/DRUG ENF ADMIN
PHONE/ (813)288-1268

LESC QUERY ID:00153773

END OF RESPONSE . . . .
--END--

```
AD.RCD.PRT                      NADDIS                      DEA SENSITIVE
1 OCT 2002                      *QSID*                          10:56:14
AD: 5152401                                      DOR: 04122001  DLU: 12172001
ME: MAFILAS, HELEN                               RCE: W  SEX: F DOB: 11231963


LIASES............................................................
   KRAJA, HELEN
DDRESSES............................................................
   (R) 851 BAYWAY BLVD 908,CLEARWATER,FL,US
ILE REFERENCE NUMBERS............................................
   G6-01-0027
AMILY MEMBERS............................................
   KRAJA, KABIL (HUSBAND)              MAFILAS, VASS (BROTHER)
IISCELLANEOUS NUMBERS............................................
   (DL) M142380659230 (STATE/CNTRY:FL)
EMARKS............................................
   0401 GIRLFRIEND OF KABIL KRAJA (G6-01-0027 / 01152001).
-----------------------------------------------------------------------
  (L=LOGOFF,Q=RETURN TO SYSTEM MENU,M=RETURN TO NADDIS MENU,M/=NEXT QUERY,
   S=RETURN TO PREVIOUS SCREEN,N=NEXT RECORD,T=TOP OF RECORD)
;$ENTER OPTION:
```

**HILLSBOROUGH COUNTY SHERIFF'S OFFICE**
**Detention Department**
**INMATE REQUEST FORM**

**To:**

☐ WRC Case Worker    ☐ Classification
☐ Chaplain            ☐ Property
☐ Supervisor on Duty  ☐ Captain
☐ Inmate Programs     ☐ Other

**From: (Please Print)**

_____    _____
(Inmate Name)                (Booking Number)

_____    _____
(Date)                       (Facility)        (Cell or Pod)

**Request:**

_____

_____

_____

_____

_____

**Inmate Signature:** _____

_____    _____
(Deputy Signature/PID#)       (Date Received)

**Action Taken:**

_____

_____

_____

_____  **Date:** _____

Employee Signature                   PID#

SO (DTN) 5042 (10/98)

**FORWARD White and Yellow Copies -- RETAIN Pink Copy**

**HILLSBOROUGH COUNTY SHERIFF'S OFFICE**
**Detention Department**
**INMATE REQUEST FORM**   805834

**To:**

☐ WRC Case Worker          ☐ Classification
☐ Chaplain                 ☐ Property
☐ Supervisor on Duty       ☐ Captain
☐ Inmate Programs          ☐ Other_____

**From: (Please Print)**

_DJERDJEVIC Ranie_                    _C40322 95_
(Inmate Name)                         (Booking Number)

_1-12-05_                             _C R \    CC 414_
(Date)                                (Facility)    (Cell or Pod)

**Request:**

_I would like to speak to the case worker_
_to find out if I will be moved off_
_this Unit of Handcuffs once I go out for_
_I am now in lockdown and it is not_
_not because This is not_
_right for me to_

**Inmate Signature:** _____

_____      _____
(Deputy Signature/PID#)          (Date Received)

**Action Taken:**

_____

_____

_____

_____   Date: _____

**Employee Signature**          **PID#**

SO (DTN) 5042 (10/98)

**FORWARD White and Yellow Copies -- RETAIN Pink Copy**

**HILLSBOROUGH COUNTY SHERIFF'S OFFICE**
**Detention Department**
**INMATE REQUEST FORM**    806237

**To:**

☐ WRC Case Worker        ☐ Classification
☐ Chaplain               ☐ Property
☐ Supervisor on Duty     ☐ Captain
☐ Inmate Programs        ☐ Other_____

**From: (Please Print)**

_____    _____
(Inmate Name)                (Booking Number)

_____    _____
(Date)                       (Facility)      (Cell or Pod)

**Request:**

_____

_____

_____

_____

_____

**Inmate Signature:** _____

_____    _____
(Deputy Signature/PID#)      (Date Received)

**Action Taken:**

_____

_____

_____

_____    Date: _____

Employee Signature              PID#

SO (DTN) 5042 (10/98)

**FORWARD White and Yellow Copies -- RETAIN Pink Copy**

## Detention Department
# INMATE GRIEVANCE

No: 2005 FRJ F2306          *Dentist Breaking tooth next to the one pulled.*

TO: Shift Commander

FROM: _____     _____     _____
        Last Name,  First,  MI                          Booking Number               Cell

FACILITY: ( ) Orient Road Jail    ( ) Morgan Street Jail    (·) Falkenburg Road Jail    ( ) Work Release Center

State the nature of the complaint including the date, time and location where the incident occurred, and date that the grievance is being filed. Sign form, return to deputy and request a copy.

INMATE GRIEVANCE: _____

_____

_____

_____

_____

(Do Not Write On The Back Of This Form.  Attach Additional Sheets If Needed)

SUGGESTED SOLUTION (Inmate): _____

_____

_____

_____    _____    _____    _____
    Receiving Deputy/PID #           Date                Signature of Inmate           Date

ADMINISTRATIVE RESPONSE/ACTION TAKEN: _____

_____

_____

_____    _____    _____    _____
    Reviewed by Shift Supervisor        Date            Shift Commander/PID #        Date

I acknowledge receipt of the findings and/or action taken regarding my grievance, and understand that I have the right to appeal to the Facility Commander in writing. A copy of this completed form will be placed in my inmate file.

I would / would not like to request an appeal.  (Appeals must be submitted within 15 days and must include a copy of this
  *(circle one)*                         grievance.)

_____    _____
    Signature of Inmate           Date

CONCUR/DISAGREE: _____

_____

_____    _____
Reviewed by Facility Commander     Date

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
Detention Department
## INMATE GRIEVANCE

No: 2005OR550166

TO: Shift Commander

FROM: _____   _____   _____
                    Last Name,    First,    MI                          Booking Number              Cell

FACILITY: ( ) Orient Road Jail      ( ) Morgan Street Jail      ( ) Falkenburg Road Jail      ( ) Work Release Center

State the nature of the complaint including the date, time and location where the incident occurred, and date that the grievance is being filed. Sign form, return to deputy and request a copy.

INMATE GRIEVANCE: I am Denied medical and Dental care
and being Deliberated by unlawful
Direct of Provided of Dental care to Deal with
unprofessional and uncivilized conduct and
behavior by the any deviant here at care

(Do Not Write On The Back Of This Form.  Attach Additional Sheets If Needed)

SUGGESTED SOLUTION (Inmate): _____

_____

_____

_____   _____      _____   _____
Receiving Deputy/PID #              Date                      Signature of Inmate              Date

ADMINISTRATIVE RESPONSE/ACTION TAKEN: _____

_____

_____

_____   _____      _____   _____
Reviewed by Shift Supervisor        Date                      Shift Commander/PID #            Date

I acknowledge receipt of the findings and/or action taken regarding my grievance, and understand that I have the right to appeal to the Facility Commander in writing. A copy of this completed form will be placed in my inmate file.

I  would  /  would not  like to request an appeal.  (Appeals must be submitted within 15 days and must include a copy of this
   (circle one)                                                          grievance.)

_____   _____
Signature of Inmate                 Date

CONCUR/DISAGREE: _____

_____

_____   _____
Reviewed by Facility Commander      Date

Distribution:   **White**-Inmate File    *Canary*-Facility Commander/Administration Corporal    *Pink*-Inmate after Facility Commander's signature    *Goldenrod*-Inmate
HCDD 5040   Rev. 3/00    CAC-3-ALDF-3E-11

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
Detention Department
# INMATE GRIEVANCE

No: _20050815029_

TO: Shift Commander

FROM: _Djurasevic Kasic Anton_     _04037875_     _GC 403_
        Last Name,   First,   MI         Booking Number        Cell

FACILITY: ( ) Orient Road Jail     ( ) Morgan Street Jail     ( ) Falkenburg Road Jail     ( ) Work Release Center

State the nature of the complaint including the date, time and location where the incident occurred, and date that the grievance is being filed. Sign form, return to deputy and request a copy.

INMATE GRIEVANCE: _On 8/11/05 or 8/14/05 For violation of due process and_
_police and court law. I was denied witness @ law demo (copies of) the_
_Report @ was denied to call witness. After denial of witness @ improper_
_investigation of incident and truth told. I've been accused, tried, found guilty_
_of lies that have no sense to me it not stand up. It is without reason but staff_
_prior to incident that_ (Do Not Write On The Back Of This Form. Attach Additional Sheets If Needed) _officer moore was and_
_is not mentaly fit to duty as well as abusive, unprofessional of his_

SUGGESTED SOLUTION (Inmate): _Have a mental evaluations for officer moore, make_
_a effort to find truth and facts and stop one of these lies_
_that sone manspuration on facts to avert and detour and seek truth_

| Receiving Deputy/PID # | Date | Signature of Inmate | Date |
|---|---|---|---|

ADMINISTRATIVE RESPONSE/ACTION TAKEN: _____

_____

_____

| Reviewed by Shift Supervisor | Date | Shift Commander/PID # | Date |
|---|---|---|---|

I acknowledge receipt of the findings and/or action taken regarding my grievance, and understand that I have the right to appeal to the Facility Commander in writing. A copy of this completed form will be placed in my inmate file.

I would / would not like to request an appeal. (Appeals must be submitted within 15 days and must include a copy of this
   (circle one)                  grievance.)

| Signature of Inmate | Date |
|---|---|

CONCUR/DISAGREE: _____

_____

| Reviewed by Facility Commander | Date |
|---|---|

Distribution:   **White**-Inmate File    **Canary**-Facility Commander/Administration Corporal    **Pink**-Inmate after Facility Commander's signature    **Goldenrod**-Inmate

HCDD 5040   Rev. 3/00    CAC-3-ALDF-3E-11

*This is Cashen Copy + Original form the H.C.S.O Jail Grieve ?*

# HILLSBOROUGH COUNTY SHERIFF'S OFFICE
## Detention Department
## INMATE GRIEVANCE

No: _2005 XX15067_

TO: Shift Commander

FROM: _Djenaceva Karil Booton_     _SN 278275_     _GC 403_
       Last Name, First, MI        Booking Number       Cell

FACILITY: (✓) Orient Road Jail    ( ) Morgan Street Jail    ( ) Falkenburg Road Jail    ( ) Work Release Center

State the nature of the complaint including the date, time and location where the incident occurred, and date that the grievance is being filed. Sign form, return to deputy and request a copy.

INMATE GRIEVANCE: _It is now much to be avoided by officers_
_on 2-9-05 but I have you search books and a number of_
_other items missing because it is not kind and Documented by the_
_gal officers my person before this incident took place_
_therefore an excuse the Hard gal shall Intend this would not_
_be twisted !_ (Do Not Write On The Back Of This Form. Attach Additional Sheets If Needed)

SUGGESTED SOLUTION (Inmate): _____

_____

_____

_____  _____  _____  _____
Receiving Deputy/PID #     Date      Signature of Inmate     Date

ADMINISTRATIVE RESPONSE/ACTION TAKEN: _____

_____

_____

_____  _____  _____  _____
Reviewed by Shift Supervisor    Date     Shift Commander/PID #    Date

I acknowledge receipt of the findings and/or action taken regarding my grievance, and understand that I have the right to appeal to the Facility Commander in writing. A copy of this completed form will be placed in my inmate file.

I <u>would</u> / <u>would not</u> like to request an appeal. (Appeals must be submitted within 15 days and must include a copy of this
      (circle one)               grievance.)

_____  _____
Signature of Inmate     Date

CONCUR/DISAGREE: _____

_____

_____  _____
Reviewed by Facility Commander    Date

Distribution:   **White**-Inmate File    **Canary**-Facility Commander/Administration Corporal    **Pink**-Inmate after Facility Commander's signature    **Goldenrod**-Inmate
HCDD 5040   Rev. 3/00    CAC-3-ALDF-3E-11

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
Detention Department
## INMATE GRIEVANCE

No: 2005 ORJ 5 0033

TO: Shift Commander

FROM: _____     _____     _____
          Last Name,    First,    MI                     Booking Number              Cell

FACILITY: ( ) Orient Road Jail      ( ) Morgan Street Jail      ( ) Falkenburg Road Jail      ( ) Work Release Center

State the nature of the complaint including the date, time and location where the incident occurred, and date that the grievance is being filed. Sign form, return to deputy and request a copy.

INMATE GRIEVANCE: THE Dentist made a request for me to be taken to HCC Dental Clinic for Root Canal and filling. My Family Called HCC with info. About Payment Now it is overdue and I am in real Dire need of Dental work, plus I have been in the County Since May of 03

(Do Not Write On The Back Of This Form. Attach Additional Sheets If Needed)

SUGGESTED SOLUTION (Inmate): Please mak grangmet to take me to H.C.C. Dental Clinic as ordered by Court!

_____   02/2/05   _____   _____
Receiving Deputy/PID #        Date          Signature of Inmate                Date

ADMINISTRATIVE RESPONSE/ACTION TAKEN: _____
_____
_____
_____

_____   _____   _____   _____
Reviewed by Shift Supervisor        Date          Shift Commander/PID #                Date

I acknowledge receipt of the findings and/or action taken regarding my grievance, and understand that I have the right to appeal to the Facility Commander in writing. A copy of this completed form will be placed in my inmate file.

I would / would not like to request an appeal. (Appeals must be submitted within 15 days and must include a copy of this
   (circle one)                                    grievance.)

_____   _____
Signature of Inmate                Date

CONCUR/DISAGREE: _____
_____

_____   _____
Reviewed by Facility Commander        Date

Department of Justice
Bureau of Prisons

**Central Office Administrative Remedy Appeal**

*UNC PRO TUNC Filing*

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: DJENASEVIC KABIL ANTON    41112-018    1-B    USP ALLENWOOD
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** INMATE DJENASEVIC, APPEAL "Regional Denial" which states "unTimely" as Reason FOR Denial. Originall on Aug of 2007 (see Attached) this was sent to Your Office. Unfortunately I'm a Montenegran citizen & unfamiliar with Your Rules, But medical Care Is "PAID FOR" by my money And when AN INdividual is subjected to "MAlPRACTICE Type TREATMENT" where "PA. INC" is the subject OF Numerous Lawsuits, Some of which Resulted in "Death", Then we deal with "B.O.P. Policy #3420.09" where She has Exhibited "unProfessional conduct" that has added to my PAIN & Suffering thru my decline in Health care "8th Amend USC) Davidson-v-Scully, 148 F. Supp2d 249 (S.D.N.Y. 2001), STAR v-Link Coun. 871 F.Supp 1284 (N.D. Iowa 1993) That deal with "Parallel" Situation WARRENTING Immediate ACTION ... & Embarry Notifico's medical Needs!

_____    _____
DATE    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
DEC 2 7 2007
Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____
DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

Thank you
Preserve Kate S Smith

To whom it may Concern —                              10-16-07

I am appealing B.P.9 for the following Reasons, and facts: It seems Warden Martinez does not have the facts,!? or clues, and is making light of this serious matter, and trying to obfuscate this matter by trying to create ambiguity, + Circumventing the true events of what transpired on April 11th During my visit with P.A. Inch. I complained about the Lack of Treatment, that was and is, causing Health problems to mount up, due to neglect to properly remedy and treat CORE Problems. During the visit with P.A. Inch She became agitated, when I pointed out to her that! "My Blood Pressure is high because you failed to fill my Prescription, I told you this fact the last visit" "plus I need to know the results of my M.R.I. please," as I am in pain," P.A. INCH Started to vacillate and fumbel with her papers and Stated "nothing impresive" I Stated what could be "impresive about me being in pain?! P.A. Inch then told me to "get out!" when I exited her office another inmate was exiting P.A. Bennett's office as they are opposite each other with Doors open, this inmate made a coment over my innocent phrase' to him, being- "We get what we got coming"" That night at about 9:30pm I was lock't up for threatening staff, a very serious charge that F.B.I. investigates and with dire Consequences from staff and inmate in a Prison seting with future consequences,' and not as Warden Martinez States "I became abusdant, and is surely convinced, even though he was not here, as well as the Insident issue not entering into charge up until S.H.O.' and at this point, I was not allowed witnesses and my request to Question as well as request for witness, not put into evidence,' then to be told,' "" You know how it goes" by hearing officer! then to obfuscate, undermine and Circumvent facts and subvert charges! NO I do not know how it goes! All I know is to Cooperate with wrong and Justify it, as well as create ambiguity to taunt true facts is dead wrong? I am denied medical and medication I need I will not see P.A. INCH Alone EVER! Simply put, There is no Benefit and only Risk!? Trying to get care, I get lock't up, false report filed, and I can't afford more false charges on me! I have enach as it is on my plate.' I demand medical service

BP-S148.055    **INMATE REQUEST TO STAFF**  CDFRM      U.S. DEPARTMENT OF JUSTICE
SEP 98                                                FEDERAL BUREAU OF PRISONS

| TO: (Name and title of staff member): MS | Date: |
|---|---|
| Dental Dept. Hannun | 7-13-07 |
| From: Djenasevic Kabic Anton | Registration number: 41112-018 |
| Work assignment: ED-3 | Unit: 1-B |

SUBJECT:    (Briefly state your question or concern and the solution you are requesting. Continue on back, if
necessary. Your failure to be specific may result in no action being taken. If necessary, you will be
interviewed in order to successfully respond to your request.)

Gs-Requested

I need Dental cleaning and work
A.S.A.P. Root canal was started and not
completed! Progressive Decay In System Since
2002 with no cleaning! Can't make first 6 to
be seen for tho day Gs I try'd housed in 1-B and
have pins in (R) leg! Thank you
Djenasevic Kabic Anton

(Continue on back if necessary)

(Do not write below this line)

Disposition: Please come to dental sick-call.

| Signature of staff member: LCDR S. HENNIGAN, RDH USPHS USP ALLENWOOD | Date: 7-18-07 |
|---|---|

(This form may be replicated via WP)       This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Eye Examiner (Medical) | DATE: 8-23-07 |
|---|---|
| FROM: Djenasevic Kabic Anton | REGISTER NO.: 41112-018 |
| WORK ASSIGNMENT: SD-3 | UNIT: 1-B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I am having problem with my eyes, the
Glasses are Not correct and Lot's of Tearing
itching & Soreness.    Furthermore the Glasses I payed 97$
for, have the wrong Lense Prescription on them!
Can we please set up an Exam so this problem
is Addresst and proper Rx Lenses are Replace't
in the frames I purchased.?
in this matter, Sincerly Djenasevic Kabic Anton 41112-018    Thank you for Assistance

(Do not write below this line)

DISPOSITION:


**YOU ARE ON THE WAITING LIST**
**PLEASE WATCH THE CALLOUT DAILY.**


| Signature Staff Member K. AUMAN<br>Health Technician<br>USP Allenwood | Date 8/29/07 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)      This form replaces BP-148.070 dated Oct 86
                                          and BP-S148.070 APR 94

005
7-2-07
E.F.F

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball–point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Djenasevic Kabil Anton    41112-018    1-B    U.S.P. Allenwood
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

See attachment!

Since then technicality will not do,
lets try the facts ————

⟶ Read
Attachment!

7-2-07                          *Kabil Anton Djenasevic*
DATE                          SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
AUG 2 9 2007
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
JUL 1 2 2007
Administrative Remedy Section
Federal Bureau of Prisons

AUG - 6 2007

_____                    _____
DATE                                    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE              CASE NUMBER: 453902-A

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                    _____
DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL              BP-231(13)

and was told I have high Blood Pressure. My remark was I
P.A. Inch "That my medication Ran out and I told you this on
my last visit" furthermore I need to know the result's of
my M.R.I? Her response was "nothing impressing" All This
with the fact of my Hernia, Herniated disc. neglect +
Delay to get me medical Help and insults and provocation
I ask't her if she was competent to treat me - Ms PA-Inc
then told me to "get out" My response was to her "with
Pleasure" In the hall another Inmate was exiting P.A. Bow
-its office. As Both office door's are open. At this poin
I tell the other Inmate that "we get what we got comm-
ing" This Inmate makes a remark to my statement -
to him, and to myself! ~~~~~~~~~~~. (This is
about 930-10 am in the morning - P.A. Inch is a lier
of the worst order and he ego was hurt due to her
lack in Reason or Explanation, and became deffensive and
vandictive. 930pm I was lock up for threatening her -
Has there been a threat it would not have taken 12 hour
to lock me up - then to Add insult and make me wrong
of a lesser charge. It was Reduce't - Still procedure wa
not followed and another spin Added -.
furthermore I was not Allowed witnesses when I did.
request them, as Inmate in cell who was lock't can verif
my request - Then Delay Denie and Deffend TAC-TIC By t.
D.H.O. As well as Admitting to me that "This is Bull, bu.
You know how it goes." Only undermines the respect t
the Rule of Law - By the Actions of first P.A. Inch - Hga
-stion and the D.H.O. where All I want is proper medica
and Dental CARE and not spin, Lie's and Abusive Insult
the I undermine Integrity and respect for the LAW!
                                                    Thank you Djasasevick.

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 9, 2008



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : KABIL ANTON DJENASEVIC, 41112-018
      ALLENWOOD USP   UNT: I   QTR: A04-208L
      P.O. BOX 3500
      WHITE DEER, PA 17887



FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID     : 468005-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED : DECEMBER 27, 2007
SUBJECT 1     : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

REMARKS       : WE CONCUR WITH THE REGION'S RATIONALE FOR REJECTING
                THIS APPEAL.
```

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. Troutman, Unit Manager | DATE: 7-28-06 |
| FROM: Kabil Anton Djenasevic | REGISTER NO.: 41112-018 |
| WORK ASSIGNMENT: ED-3 | UNIT: 1B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Mr. Troutman, will you please inform me whether
or not the United States has a Bilateral
Treaty and transfer agreement with Montenegro?
The answer may lie in BOP P.S. 5140.34. If
there is such an agreement, what date did
it become effective?

(Do not write below this line)

DISPOSITION:

There is no agreement between the U.S. and Montenegro.

C.Whitner                        8/2/06
_____, CASE MANAGER
AUTHORIZED BY THE ACT OF JULY 7,
1955, AS AMENDED TO ADMINISTER
OATHS (18 USC 4004).

* C. Whitner, Case Manager, Unit 1B
_____
Signature Staff Member
C.Whitner

| Date 7/31/06 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 / 94

P-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Mr. Troutman / Unit Manager | DATE: 12-7-07 |
|---|---|
| FROM: Djenasevic Krazic Anton | REGISTER NO.: 41112-018 |
| WORK ASSIGNMENT: CO·3 | UNIT: 1-B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

(1)    How do al go about applying for a
"Bilateral" Prisoner treaty transfer with
the Country of Montenegro?"

(2) Does the United States and Montenegro
in fact, have a "Bilateral" treaty for
Prisoner transfer?

        I await your reply to Questions (1)+(2) please
give me the facts and Bottom line! Thank you
                        Djenasevic/Kb Anton

(Do not write below this line)

DISPOSITION:

Per Program Statement 5140.34, Montenegro is not on the list
of eligible countries for treaty transfer.

| Signature Staff Member Cli Wh | Date 12/12/07 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

~ This form replaces BP-148.070 dated Oct 86
  and BP-S148.070 APR 94


Printed on Recycled Paper

BP-S148 055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRIS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr Trautman- unit manager | Dec 29.07 |
| FROM: | REGISTER NO.: |
| Djenasevic Kabil Vrilon | 41112-018 |
| WORK ASSIGNMENT: | UNIT: |
| CD.3 | 1-B    #208-L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Please inform me in how do I go about
Geting a Prisoner Transfer, to serve my
Sentence in Montenegro? And in fact
Does any such Agreement, Exist with the
United States with Respect to Prisoner
Transfer Agreements between the United
States and Montenegro?! In other words
Is there any way for me to Transfer my
Sentence, and to serve it in Montenegro?

Thank you Kabil Djena

(Do not write below this line)

DISPOSITION:

The United States currently does not have a treaty with
Montenegro to facilitate a Treaty Transfer.

Cli Whittes  12/29/07

CASE MANAGER