UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KABIL A. DJENASEVIC, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>EXECUTIVE UNITED STATES )<br>ATTORNEY'S OFFICE )<br>U. S. STATE DEPARTMENT )<br>US ATTORNEY'S OFFICE )<br>DAVID WEISBROD ,ESQ., )<br>DRUG ENFORCEMENT AGENCY )<br>FEDERAL BUREAU OF )<br>INVESTIGATIONS )<br>FEDERAL BUREAU OF PRISONS )<br>)<br>DEFENDANTS. ) | Civ. Action No. 07-1685 RWR |

## MOTION TO EXTEND TIME TO REPLY

Pursuant to Fed. R. Civ. P. 6(b)(1), federal defendants move this Court for an extension of time, to and including March 21, 2008, to file their reply to plaintiff's opposition to defendants' dispositive motion in this Privacy Act/ FOIA matter. As plaintiff is a prisoner proceeding pro se, the local rule about contacting the opposing counsel to determine whether there will be an objection to nondispositive motions is not applicable. This is Federal defendants' second request for an extension of time in this case. The reasons for this motion to extend are as follows:

On January 31, 2008, Federal defendants moved for summary judgment. On February 22, 2008 plaintiff filed an opposition. Federal defendants' reply is currently due March 5, 2008. However, Federal defendant's counsel has been engaged since January 2008, in participating in previously unanticipated evidentiary hearings in the Moore v. Chertoff , 00-953. These proceeding are scheduled sporadically and have required Federal defendant's counsel to prepare evidence and several witnesses for testimony at the evidentiary proceeding at times that could not been previously predicted. This fact was compounded by the unexpected absence of co-counsel in the Moore case, due to activities attendant to a family emergency which required the undersigned to take a larger role in preparing and presenting evidence in those evidentiary hearings than originally anticipated. Those hearing are still on-going. Defendant's counsel's obligations in Moore have required him to extend several other deadlines in other cases. Moreover, defendant has had to prepare witnesses and conduct depositions in several other matters that have prevented the undersigned from conferring with the various agency counsel concerning this matter. Additionally, the undersigned will be out of the office on pre-arranged travel from March 6, 2008 to March 14, 2008. As a result, undersigned has not been able to confer with the various agencies concerning plaintiff's opposition and will not be to confer until he returns to the office March 17, 2008.

Wherefore, Defendant respectfully requests that the Court enlarge the time for Federal defendants to respond to March 21, 2008.

Respectfully Submitted,

_____
 JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, Bar # 434122
Assistant United States Attorney

_____/s_____
BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.  Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KABIL A. DJENASEVIC , | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-1685 RWR |
| | ) | |
| EXECUTIVE UNITED STATES | ) | |
| ATTORNEY'S OFFICE | ) | |
| U. S. STATE DEPARTMENT | ) | |
| US ATTORNEY'S OFFICE | ) | |
| DAVID WEISBROD ,ESQ., | ) | |
| DRUG ENFORCEMENT AGENCY | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATIONS | ) | |
| FEDERAL BUREAU OF PRISONS | ) | |
| | ) | |
| defendants. | ) | |

**ORDER**

UPON CONSIDERATION of the Federal Defendant's Motion to Extend Deadlines to File Response, it is this _____ day of _____, 2008  hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that Federal defendants' response to Plaintiff's Opposition is due by March 21, 2008.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the FEDERAL l defedants' MOTION FOR ENLARGEMENT along with this Certification, has been served on March 3, 2008 by first class U.S. mail, postage pre-paid to:

KABIL ANTON DJENASEVIC
R41112-015
ALLENWOOD
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 3000
WHITE DEER, PA 17887


　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　BENTON G. PETERSON,  Bar #1029849
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　(202) 514-7238

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KABIL A. DJENASEVIC , | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-1685 RWR |
| | ) | |
| EXECUTIVE UNITED STATES ATTORNEY'S OFFICE | ) ) | |
| U. S. STATE DEPARTMENT | ) | |
| US ATTORNEY'S OFFICE DAVID WEISBROD ,ESQ., | ) ) | |
| DRUG ENFORCEMENT AGENCY | ) | |
| FEDERAL BUREAU OF INVESTIGATIONS | ) ) | |
| FEDERAL BUREAU OF PRISONS | ) | |
| | ) | |
| defendants. | ) | |

**ORDER**

UPON CONSIDERATION of the Federal Defendant's Motion to Extend Deadlines to File Response, it is this _____ day of _____, 2008   hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that Federal defendants' response to Plaintiff's Opposition is due by March 21, 2008.

_____
UNITED STATES DISTRICT JUDGE