UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kabil Anton Djenasevic
  Plaintiff, Pro Se

Civ. Action No.1685(R.W.R.)

-v-

Excutive Office of US Attorney's Office et al;
  Defendant(s)

" Pro Se Plaintiff's Opposition "
To Future & Present EXTENTION(s) of
Time, That are to DELAY & HINDER such
Procceedings......

---

Comes now the Pro Se Plaintiff Kabil Anton Djenasevic, lodges his [ " OBJECTION " ] to future and Present Motion to extend time, that is solely for " HINDERANCE " of this action ........

On November 13, 2007, I filed 1.) Motion for Discovery Rule 26(a)(1)(2), 2.) Rule 34 (a)(b)(i), with a " 21 Day Response, which is in strict accordance with Federal Rules of Civil Procedure (EMPHASIS)....!

Such was [ not ] complied to, but very skillfully calculated to be extended with an " EXCUSE of TRIAL DEADLINE(s) & or Preparation(s) !

US ATTORNEY's Office has " VAST RESOURCES " & availability of staff to conduct investigations & manufacture brief(s), which now we must give way to seriuos " CONSIDERATION " to APPOINTMENT of Counsel under the provisions setforth in § 3006?A .......

1

I now move this Honorable Judge Roberts for the ISSUANCE of a COURT ORDER , ORDERING RESPONDANT(s) / Defendant(s) to compy with " DISCOVERY & ADMISSIONS " , which this Court was provided with the " DOCUMENTARY PROOF " , to preclude Summary Judgement & ORDER TRIAL Date be set ..... Bishmullah -v- Gates , 503 F3d.137 (Dc Cir,2007) , AL -Haramain Islamic Foundation -v- G.W. Bush ,( 9th Circuit 2007) , In Re Special Investigative Counsel , 346 F.Supp.2d.54-55 (DCDC 2004) Hobson -v- Wilson , 737 F2d. 1 (DC Cir.1980) and also the case of a Similar ACT of Falsification of Memo's in Toolasprashad -v- B.O.P., 286 F3d. at 578 Notes 12 & 13 ( Dc Cir. 2002) , where such is parallel to the case at bar ........ ie: MEMO's Provided to Sec of State & Attny . General Ashcroft to " EXTRADITE Djenasevic From a Foriegn Land " , which is a " ADVERSE DECISION " towards the Plaintiff & warrents the TRIGGERING of " 5th , 6th. & 14th Amend USCA ",.....

I threfore " TIMELY OBJECT & REQUEST ISSUANCE of COURT ORDER " to comply with " FED. Rules of Civil procedure " !

Submitted in GOOD FAITH & under Oath 28 USC § 1746 ..

Date: March 8th 2008

Respectfully submitted By:

Kabil Anton Djenasevic
Pro Se Plaintiff
USP Allenwood
P.O. box 3000
White Deer, Pa. 17887

2

# CERTIFICATE OF SERVICE

I, _Kabil Antwn Djevaseuc_, hereby certify that I have served a true and correct copy of the foregoing:

1.) US district Court
    Dist. of Columbia
    333 Constitution Ave. ,NW
    Washington,DC 20001

2.) US Attorney's Office
    Dist.of Columbia
    555 Fourth street,NW
    Washington DC 20530

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this _Mon. 10th_ day of _March 2008_

Respectfully Submitted,

_[signature]_

REG. NO. _41112018_