RECEIVED
JUN 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

KABIL ANTON DJENSEVIC,
    Plaintiff,    )    Civ. Action No. 07-1685-R.W.R
    )
-v-    )
    )
EXECUTIVE UNITED STATES
ATTORNEY'S OFFICE, et al.,    )
    Defendant's.    //

### MOTION FOR AN ORDER COMPELLING DISCLOSURE OR DISCOVERY AND FOR APPROPRIATE SANCTIONS

NOW COMES, the Plaintiff Kabil A. Djenasevic, pro se pursuant to Fed. R. Civ. Proc. Rule 37 et seq. and moves this Honorable Court for an **Order** compelling the disclosure or discovery of the requested admissions, submittted and requested by Plaintiff by Certified Mail Stamp dated at White Deer PA 17887, November 13, 2007. Which request for **Admissions** was made on **notice** to the Defendant's in good faith conferred or attempted to confer with Defendant's by letter(s) and objections in his efforts to obtain requested admissions without any action by this Honorable Court, Plaintiff states as follows:

    1.    By motion and brief in support pursuant to Fed. R. Civ. Proc. Rule 36 et seq., Plaintiff requested his first set of admissions from the Defendant's relating to the above refernced case and action, dated: November 13, 2007.'

    2    Petitioner Served Defendant's with a copy of the request for admissions via United States Postal Certified Receipt # 7006 2150 0004 7650 2139, Certificate of Service of whom served and submitted under Oath pursuant to 28 U.S.C. § 1746...

 3. Since the date of Plaintiff' submission request for admission, Plaintiff has not received any answers- for admission as to any matters in relation to this action.

 4. Since the submission of request for admissions Plaintiff has neither received an objection addressed to the matters, signed by party attorney, nor received a copy of defendant's request for time or stipulation for time to respond under Rule 29., nor an Order by the Court granting such action.

 5. Since the submisiion of request for admissions, the Plaintiff has not received a single response from the defendant's indicating whether any of the requested admissions were exempt from initial disclosure under Rule 26 Fed. R. Civ. Proc.

 6. Under the pertinent Rule[s] the defendant's have thus admitted to Plaintiff Admission. See Rule 36 Section (3) Fed. R. Civ. Proc.

 In this matter the defendant's have failed to adhere to any of the procedures regarding **'Request for Admission'**. Even after the Plaintiff wrote and submitted numerous letters and requests following his request for admissions, the defendant's failed to divulge any information relating to this action within Title 5 U.S.C. § 552a.

 In the instant case the requested material sought related to documents to illegal extradition on perjured testimony, forged and altered records and documents, to contrive a fraud which did cause undue harm and divulgence of documents that fall with Title 5 U.S.C. § 552a..

 Thus, as the United States Supreme Court held in <u>Societe Inter nationale v. Rogers</u>, 357 U.S. 197, 2 Led.2d 1255, 78 S.Ct 1087(1958) and the Rules governing disclosure and discovery, this Honorable Court is requested and motioned pursuant to pertinient Rules and laws Governing Disclosure and Discovery that it **enter an Order Compelling Disclosure** and that defendant's be santioned appropriately for its failure to comply within and beyond the requisite time allowed, in this case 30 days.

 Plaintiff asks that defendant's sanctions include but not be limited to attorney fees, costs copies, mail, and that defendant's pay the cost for assignment of counsel in this action. <u>Dept., of</u>

Air Force v. Rose, 425 U.S. 352, 96 S.Ct. 1592 (1976); Sellers v. Bureau of Prisons, 959 F.2d 307(D.C. Cir.1992).

Wherefore, for the foregoing reasons this Court should grant Plaintiff's requested relief, or other relief the Court deems just.

Dated: May 28, 2008

Respectfully Submitted,

*[signature]* 28 USC §1746
Kabil Anton Djenasevic
Reg. # 41112-018
USP ALLENWOOD
P.O. BOX 3000
WHITE DEER, PA. 17887

CERTIFICATE OF SERVICE

| US DISTRICT COURT | US ATTORNEY'S OFFICE |
| --- | --- |
| DISTRICT OF COLUMBIA | DISTRICT OF COLUMBIA |
| 333 CONSTITUTION AVE., N.W. | 555 4th STREET, N.W. |
| WASHINGTON, DC 20001 | WASHINGTON, DC 20530 |